Carol G. Unruh, Esq, #102929
LAW OFFICES OF CAROL G. UNRUH
3000 S. Robertson Blvd., Suite 215
Los Angeles, CA 90034
Tel(310) 842-9660, Fax (310) 842-9664
cgunruh@sbcglobal.net

Attorney for Movant
William B. Wright

FILED & ENTERED

AUG 30 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| **In re SHORB DCE, LLC,**<br><br>**Debtor and Debtor in Possession** | Chapter 11<br>Case No.2:17-bk-14240 BR<br><br>**ORDER CONVERTING CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C.§1112(b)(1)**<br><br>Date: 08/22/2017<br>Time: 2:00 pm<br>Ctrm: 1668 Roybal |

    The motion of creditor William B. Wright to convert this case to Chapter 7 came on to be heard at the above date and time in the above-entitled court, the Honorable Barry Russell, U.S. Bankruptcy Judge, presiding. Appearances were made as reflected in the court record.

    The Court having considered all pleadings and papers filed, as well as argument of counsel, and good cause appearing,

-1-

**IT IS HEREBY ORDERED** that the motion is granted, and the Case is hereby converted to Chapter 7

\#    \#    \#

Date: August 30, 2017

Barry Russell
United States Bankruptcy Judge