Howard M. Ehrenberg (CA State Bar No. 125527)
  *hehrenberg@sulmeyerlaw.com*
Steven F. Werth (CA State Bar No. 205434)
  *swerth@sulmeyerlaw.com*
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California  90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for
John J. Menchaca, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>SHORB DCE, LLC,<br><br>       Debtor. | Case No. 2:17-bk-14240-BR<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S REPLY TO LIMITED OPPOSITION OF SECURED CREDITOR WILLIAM B. WRIGHT TO TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF 910-912 WEST SHORB ST., ALHAMBRA, CALIFORNIA**<br><br>DATE: October 24, 2017<br>TIME: 2:00 p.m.<br>PLACE: Courtroom 1668<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, California  90012 |

John J. Menchaca, ("Trustee") the duly-appointed and acting Chapter 7 trustee of the bankruptcy estate ("Estate") of Shorb DCE, LLC ("Debtor"), hereby replies to the "Limited Opposition Of Secured Creditor William B. Wright To Trustee's Motion For Order Authorizing Sale Of 910-912 West Shorb St., Alhambra, California" [Docket No. 105] (the "Opposition").

The Opposition is the only response filed to the Trustee's motion to sell ("Sale Motion") the Debtor's interest in real property located at 910-912 West Shorb Street, Alhambra, California (the "Property"), and the Trustee is not aware of any other opposition to the Sale Motion.  In the Opposition, creditor William B. Wright ("Wright") requests that the Court approve the Sale

SFW\ 2611172.1

1 Motion, but require the Trustee to hold back funds to pay unsecured claims, as well as claims in
2 the related case of In re Las Tunas DCE, LLC (Case No. 2:17-bk-14239-ER) (the "Las Tunas
3 Case").  The Trustee is also the duly-appointed and acting Chapter 7 Trustee of the estate in the
4 Las Tunas Case.

5 While the Trustee does seek authority to pay certain tax claims and claims secured by the
6 Property directly from escrow upon close of sale, The Sale Motion does *not* seek authority to pay
7 any general unsecured claims.  Those distributions will occur only upon further order of the Court.
8 As such, the Opposition's request that the Trustee hold back sufficient funds to cover unsecured
9 claims, in this case, is superfluous.

10 Regarding Wright's request that the Trustee also hold back sufficient funds to pay creditors
11 in the Las Tunas Case, this is in essence a request for substantive consolidation that cannot be
12 granted—at least by way of an opposition to a sale motion.   While the Trustee is aware of this
13 Court's order entered July 18, 2017 [Docket No. 75] (the "Refinancing Order"), the Trustee
14 disagrees that the Refinancing Order "requir[ed] Debtor herein to complete a sale of the Shorb
15 property and use the net proceeds to pay all Shorb and Las Tunas debts."  Opposition, 2:22-24.
16 This Court's July 18, 2017, order stated in part:

> "5.    If the Debtor has not sold its property and provided for payment of
> its creditors and the creditors of Las Tunas on or before August 22, 2017
> at 2:00 p.m., the court will again consider Creditor William B. Wright's
> Motion to Convert this case."

20 Refinancing Order, 2:23-26.  As this Court stated once in an unrelated case, there are some things
21 that a Court may not have the power to *order* someone to do, but can make someone wish that
22 they *did* do.  This falls into that category.

23 The Trustee thus requests that the Sale Motion be granted and the Opposition overruled.
24 To the extent it is appropriate in this forum to speak about the protection of creditors in the Las
25 Tunas Case, the Trustee states this:  to the extent that sale proceeds do not eventually go to
26 payment of creditors in the Las Tunas Case, the debtor in the Las Tunas Case possesses assets
27 which can be liquidated for the benefit of creditors there.

SFW\ 2611172.1                         2

1  DATED: October 16, 2017

Respectfully submitted,

**Sulmeyer**Kupetz
A Professional Corporation

By: _____
Steven F. Werth
Attorneys for John J. Menchaca
Chapter 7 Trustee

SFW\2611172.1

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S REPLY TO LIMITED OPPOSITION OF SECURED CREDITOR WILLIAM B. WRIGHT TO TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF 910-912 WEST SHORB ST., ALHAMBRA, CALIFORNIA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 16, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Maroko**   ron.maroko@usdoj.gov
- **Elmer D Martin**   elmermartin@gmail.com
- **John J Menchaca (TR)**   jmenchaca@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com
- **Kevin Tang**   tangkevin911@gmail.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Carol G Unruh**   cgunruh@sbcglobal.net
- **Steven Werth**   swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com, kmccamey@sulmeyerlaw.com, asokolowski@ecf.inforuptcy.com, swerth@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On October 16, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Honorable Barry Russell<br>United States Bankruptcy Court<br>Central District of California<br>Edward R. Roybal Federal Building<br>and Courthouse<br>255 E. Temple Street, Suite 1660 /<br>Courtroom 1668<br>Los Angeles, CA 90012 | Shorb DCE, LLC<br>910 Shorb St Unit F<br>Alhambra, CA 91803-2448 | Kevin Tang, Esq.<br>601 S Figueroa St Ste 4050<br>Los Angeles, CA 90017-5879 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 16, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Leslie Cohen, Esq.  -  leslie@lesliecohenlaw.com
J'aime Williams, Esq.  -  jaime@lesliecohenlaw.com

☐ Service information continued on attached page

KM\ 2611240.1 10/16/2017 (10:02 AM) This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                          **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 16, 2017 | Kelli Mccamey | */s/ Kelli Mccamey* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

KM\ 2611240.1 10/16/2017 (10:02 AM) This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**