Howard M. Ehrenberg (CA State Bar No. 125527)
   *hehrenberg@sulmeyerlaw.com*
Steven F. Werth (CA State Bar No. 205434)
   *swerth@sulmeyerlaw.com*
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California  90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for
John J. Menchaca, Chapter 7 Trustee



FILED & ENTERED

NOV 13 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SHORB DCE, LLC,<br><br>       Debtor. | Case No. 2:17-bk-14240-BR<br><br>Chapter 7<br><br>**ORDER, AFTER HEARING, GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (1) AUTHORIZING SALE OF 910-912 WEST SHORB STREET, ALHAMBRA, CALIFORNIA, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; (2) APPROVING PURCHASE AND SALE AGREEMENT; (3) ASSUMING AND ASSIGNING EXECUTORY CONTRACTS AND LEASES RELATING TO THE PROPERTY; (4) DETERMINING THAT BUYERS ARE GOOD FAITH PURCHASERS; AND (5) WAIVING THE FOURTEEN (14) DAY STAY PRESCRIBED BY RULE 6004(h) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>**[Relates To Docket No. 96]**<br><br>DATE:   October 24, 2017<br>TIME:   2:00 p.m.<br>PLACE: Courtroom 1668<br>           Roybal Federal Building<br>           255 East Temple Street<br>           Los Angeles, California  90012 |

SFW\ 2611820.1

On October 24, 2017, the "Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of 910-912 West Shorb Street, Alhambra, California, Free And Clear Of Liens, Claims, And Interests; (2) Approving Purchase And Sale Agreement; (3) Assuming And Assigning Executory Contracts And Leases Relating To The Property; (4) Determining That Buyers Are Good Faith Purchasers, And (5) Waiving The Fourteen (14) Day Stay Prescribed By Rule 6004(h) Of The Federal Rules Of Bankruptcy Procedure" [Docket No. 96] (the "Motion"), filed by John J. Menchaca (the "Trustee"), the duly-appointed and acting Chapter 7 trustee of the bankruptcy estate of the above-captioned debtor Shorb DCE, LLC ("Debtor"), came on for its regularly scheduled hearing before the Honorable Barry Russell, United States Bankruptcy Judge, presiding. The Trustee appeared through Steven F. Werth, **Sulmeyer**Kupetz, A Professional Corporation. Creditor William B. Wright appeared through Carol G. Unruh, Esq. There were no other appearances.

Based on the separately filed "Notice of Hearing On Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of 910-912 West Shorb Street, Alhambra, California, Free And Clear Of Liens, Claims, And Interests; (2) Approving Purchase And Sale Agreement; (3) Assuming And Assigning Executory Contracts And Leases Relating To The Property; (4) Determining That Buyers Are Good Faith Purchasers, And (5) Waiving The Fourteen (14) Day Stay Prescribed By Rule 6004(h) Of The Federal Rules Of Bankruptcy Procedure" [Docket No. 99] (the "Notice"), the Motion, the "Limited Opposition Of Secured Creditor William B. Wright To Trustee's Motion For Order Authorizing Sale Of 910-912 West Shorb St., Alhambra, California" filed by William B. Wright [Docket No. 105] (the "Limited Opposition"), the Trustee's reply to the Limited Opposition [Docket No. 109], the documents and pleadings on file herein, and all judicially noticeable facts of which judicial notice was requested by a party, and based on the statements and findings of the Court on the Motion as reflected on the record, and after finding that notice of the Motion was proper, after finding that there was no overbidder, and after further finding that the proposed sale is in the best interests of the estate, and for good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted as set forth below;

2. The Trustee is authorized to sell that certain real property more commonly known as 910-912 West Shorb Street, Alhambra, California 91803 [APN 5350-016-033] (the "Property") on the terms and conditions stated and set forth in the purchase agreement which is attached to the Motion as Exhibit 1 (the "Agreement"), by and between the Trustee, as seller, and James Quan and Zhong Qiu Li, husband and wife (collectively, the "Buyer"), and which is incorporated herein by reference, for the total purchase price of $2,450,000.00;

3. To the extent not already paid, taxes owed to the Los Angeles County Treasurer and Tax Collector, in the present amount of $40,791, or such other amount as may be due and owing, shall be paid from escrow from the sale proceeds;

4. The normal, reasonable, and ordinary fees and costs of sale and escrow chargeable to the Trustee, as seller, and Buyer, as buyer, shall be paid from escrow from the sale proceeds;

5. To the extent not already paid, any unpaid property taxes and related sale costs shall be paid directly from escrow from the sale proceeds;

6. The deed of trust of Metro United Bank / East West Bank ("East West Bank"), holder of that first deed of trust recorded on March 16, 2007 in the Official Records of Los Angeles County, bearing Instrument No. 07-589536, in the amount of $1,124,064, or such other amount as may be due and owing, shall be paid from escrow from the sale proceeds;

7. The deed of trust of William B. Wright, holder of that second deed of trust recorded on December 10, 2014 in the Official Records of Los Angeles County, bearing Instrument No. 14-1339689, in the amount of $163,655, shall be paid from escrow from the sale proceeds;

8. The deed of trust of James Wang, holder of that third deed of trust recorded on September 29, 2015 in the Official Records of Los Angeles County, bearing Instrument No. 15-1205624, in the amount of $71,500, shall be paid from escrow from the sale proceeds;

9. The deed of trust of The Wright Trust Dated 11-19-1984, holder of that fourth deed of trust recorded on June 3, 2016, in the Official Records of Los Angeles County, bearing Instrument No. 16-641824, in the amount of $13,485, shall be paid from escrow from the sale proceeds;

10. The tax lien of the United States of America, assessed by the District Director of Internal Revenue, recorded July 14, 2008, in the Official Records of Los Angeles County, bearing Instrument No. 20081246443, in the amount of $9,815.09, shall be paid from escrow from the sale proceeds;

11. The Property shall be sold free and clear of all liens, claims, encumbrances, and interests pursuant to 11 U.S.C. § 363(f), including, without limitation:

(a) the First Deed Of Trust of East West Bank, recorded on March 16, 2007, in the Official Records of Los Angeles County, bearing Instrument No. 07-589536,

(b) the Second Deed of Trust of William B. Wright, recorded December 10, 2014, in the Official Records of Los Angeles County, Instrument No. 14-1339689,

(c) the Third Deed of Trust of James Want, recorded September 29, 2015, in the Official Records of Los Angeles County, Instrument No. 15-1205624,

(d) the Fourth Deed of Trust of The Wright Trust Dated 11-10-1984, recorded June 3, 2016, in the Official Records, County Of Los Angeles, Instrument No. 16-641824,

(e) all property tax liens in the name of the Los Angeles County Treasurer And Tax Collector,

(f) the tax lien of the United States of America, assessed by the District Director of Internal Revenue, recorded July 14, 2008, in the Official Records of Los Angeles County, bearing Instrument No. 20081246443; and

(g) any unknown encumbrances, liens, claims, or interests, with said encumbrances, liens, claims, or interests attaching to the net sale proceeds in the same manner and with the same effect, if any, under applicable federal and state law, subject to further order of the Court;

12. The Buyer is a good faith purchaser entitled to the protections under 11 U.S.C. § 363(m);

13. Upon closing of the sale to the Buyer, all executory contracts and leases relating to the Property are assumed and assigned to the Buyer.

SFW\ 2611820.1

4

14. This Order is and shall be effective as a determination that, upon and subject to the occurrence of the closing of the sale, all affected liens, claims, and interests have been and hereby are adjudged and declared to be unconditionally released as to the Property;

15. The fourteen (14) day stay prescribed by Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is waived;

16. The Trustee shall be authorized to retain the deposit paid by Buyer if Buyer is unable or unwilling to consummate the sale in accordance with the terms and conditions of the Agreement and this Order, provided, however, that Buyer shall be entitled to a return of its deposit if the Trustee breaches the Agreement and this Order or is unable to deliver good title free and clear of all liens, claims, and interests as provided herein to the Property to Buyer;

17. The Trustee is authorized to execute any and all documents as are necessary and convenient to carry out the terms of this Order; and

18. This Court shall retain jurisdiction to interpret, enforce, and implement the terms of this Order.

# # #

Date: November 13, 2017

_/s/ Barry Russell_
Barry Russell
United States Bankruptcy Judge

APPROVED AS TO FORM:

By _____
    Carol G. Unruh, Esq.
Attorney for Secured Creditor William B. Wright

APPROVED AS TO FORM:

By_____
          Carol G. Unruh, Esq.
Attorney for Secured Creditor William B. Wright

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

SFW\ 2611820.1               6