Leslie A. Cohen, Esq. (SBN: 93698)
leslie@lesliecohenlaw.com
J'aime K. Williams, Esq. (SBN 261148)
jaime@lesliecohenlaw.com
LESLIE COHEN LAW, PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401
Telephone: (310) 394-5900
Facsimile: (310) 394-9280

Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

*In re*

Shorb DCE, LLC

          Debtor

Case No. 2:17-bk-14240-BR

Chapter 7

**NOTICE OF JOINDER OF DEBTOR IN CHAPTER 7 TRUSTEE'S OPPOSITION TO MOTION FOR RELIEF FROM STAY FILED BY STEPHEN FORDE**

Hearing Information:
Date: January 23, 2018
Time: 2:00 p.m.
Courtroom: 1668

1
JOINDER

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE; OFFICE OF THE UNITED STATES TRUSTEE; MOVANT AND ITS COUNSEL; DEBTOR AND ITS COUNSEL; AND ALL INTERESTED PARTIES:**

Shorb DCE, LLC ("**Debtor**"), the debtor in the above-captioned chapter 7 bankruptcy case, hereby joins in the *Opposition* ("**Opposition**") [Docket No. 121] filed by the Chatper 7 Trustee ("**Trustee**") to the *Notice Of Motion And Motion For Relief From The Automatic Stay Under 11 U.S.C. § 362 (Action In Nonbankruptcy Forum*) [Docket No. 119] (the "**Motion**") filed by Stephen Forde ("**Forde**").  As noted by the Trustee's Opposition, Forde does not offer any valid grounds to lift the stay.  Rather, he continues to harass the Debtor,  its principals and the estate, following his acquisition of the alleged claims.   As such, the Debtor respectfully submits that the Motion should be denied.

Respectfully submitted,

Dated: January 9, 2018                                          LESLIE COHEN LAW, PC

*/s/ Leslie A. Cohen*
Leslie A. Cohen
Counsel for the Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF JOINDER OF DEBTOR IN CHAPTER 7 TRUSTEE'S OPPOSITION TO MOTION FOR RELIEF FROM STAY FILED BY STEPHEN FORDE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __1/9/18___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Leslie A Cohen** leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
- **Ron Maroko** ron.maroko@usdoj.gov
- **Elmer D Martin** elmermartin@gmail.com
- **John J Menchaca (TR)** jmenchaca@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Carol G Unruh** cgunruh@sbcglobal.net
- **Steven Werth** swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;kmccamey@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __1/9/18____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/9/18 | J'aime Williams | /s/ J'aime Williams |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

**BY MAIL:**

Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Ste 1660
Los Angeles, CA 90012

United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Stephen Forde
1613 Chelsea Road
San Marino, CA 91108

John J. Menchaca
Menchaca & Company LLP CPA
835 Wilshire Blvd., Ste. 300
Los Angeles, CA 90017

Steven F. Werth
SulmeyerKupetz
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**