Howard M. Ehrenberg (CA State Bar No. 125527)
  *hehrenberg@sulmeyerlaw.com*
Steven F. Werth (CA State Bar No. 205434)
  *swerth@sulmeyerlaw.com*
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for John J. Menchaca
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:17-bk-14240-BR |
| SHORB DCE, LLC, | Chapter 7 |
| Debtor. | **MOTION OF CHAPTER 7 TRUSTEE TO DISALLOW CLAIM NO. 17 OF STEPHEN FORDE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF STEVEN F. WERTH IN SUPPORT THEREOF** |
| | Date: [To be set.]<br>Time:<br>Place: Courtroom 1668<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, California 90012 |

ALS\ 2618615.1                    1

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, CLAIMANT STEPHEN FORDE AND HIS COUNSEL, IF ANY, AND PARTIES ENTITLED TO NOTICE:**

John J. Menchaca, ("Trustee") the duly-appointed and acting Chapter 7 trustee of the bankruptcy estate ("Estate") of Shorb DCE, LLC ("Debtor"), respectfully moves this Court for an order disallowing the claim of Stephen Forde ("Claimant"), Claim No. 17 in the claims register in this case ("Claim").

A true and correct copy of the Claim is attached hereto as **Exhibit 1**. In the Claim, Claimant asserts that he has acquired the Claim from the California Commerce Club, Inc. The Claim is asserted in the amount of $54,167.03, based on "dishonored checks" (**Exhibit 1** at page 2). According to a notation on that same exhibit, page 4, the Claim is by "Stephen Forde, assignee of the California Commerce Club Inc. judgment against David Kwok . . . and Elke Coffey . . . ". Neither of these individuals is the Debtor and therefore, the Claim should be disallowed.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an Order:

1. Granting this Motion;
2. Disallowing the Claim in its entirety; and
3. Granting further relief as the Court deems proper.

DATED: February 2, 2018    **Sulmeyer**Kupetz
A Professional Corporation

By: /s/ Steven F. Werth
Steven F. Werth
Attorneys for John J. Menchaca
Chapter 7 Trustee

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

# MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to 11 U.S.C. §502, Rule 3007 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 3007-1, the Trustee hereby objects ("Objection") to the Claim.

## I.

## STATEMENT OF FACTS

On April 4, 2017, the Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code. On June 6, 2017, creditor William B. Wright filed his "Motion Of Secured Creditor William B. Wright To Convert Case To Chapter 7 Pursuant To 11 U.S.C. §1112(b)(1)" [Docket No. 34], which this Court granted on August 30, 2017 [Docket No. 85]. On August 30, 2017, John J. Menchaca was appointed as interim Chapter 7 Trustee of the Debtor's bankruptcy estate (see Docket No. 86), in which capacity he continues to act.

On December 8, 2017, Claimant filed the Claim. Claimant is not a creditor of the Estate. Rather, he appears to be a creditor of the principals of the Debtor. He is currently litigating against the Debtor's principals—Elke Coffey and David Kwok--in certain actions pending in the Los Angeles County Superior Court and appears to have asserted those claims against the Debtor in this bankruptcy case. The Debtor, however, is not a named party in that State Court litigation, and Claimant has obtained no judgment against it. As such, the Claim cannot be allowed against the Debtor.

## II.

## ARGUMENT

### A. The Claim Is Against Non-Debtor Parties

Each of the documents attached to the Claim demonstrate that the Claim is properly asserted against Elke Coffey and David Kwok, and not the Debtor. The Claim attaches the following documents:

- A "Claim Components" summary, indicating that the Claim is by Claimant against David Kwok and Elke Coffey (Exhibit 1, page 4).

- An "Abstract Of Judgment – Civil And Small Claims", indicating a judgment against David Kwok and Elke Coffey (Exhibit 1, pages 6-7).

ALS\ 2618615.1                 2

1    ● An "Order Charging Members' Interests In Limited Liability Company" relating to Elke Coffey and David Kwok, and their interests in the Debtor (Exhibit 1, pages 9-10).

As such, the Claim is properly asserted against Elke Coffey and David Kwok, and is not properly asserted against the Debtor.

## B.    Burden Of Proof

All allegations set forth in a properly filed proof of claim are taken as true and, if the allegations set forth all facts necessary to establish a claim and are not self-contradictory, the proof of claim constitutes *prima facie* – that is, "on its face", or "accepted as correct until proven otherwise"-- evidence of the validity and amount of the claim.  11 U.S.C. § 502(a); Fed. R. of Bankr. P. 3001(f).

Once the objector raises "facts tending to defeat the claim by probative force equal to that of the allegations of the proofs of claim themselves," Wright v. Holm (In re Holm), 931 F.2d 620, 623 (9th Cir. 1991), then "the burden reverts to the claimants to prove the validity of the claim by a preponderance of the evidence." Ashford v. Consolidated Pioneer Mortgage (In re Consolidated Pioneer Mortgage), 178 B.R. 222, 226 (B.A.P. 9th Cir. 1995), aff'd, 91 F.3d 151 (9th Cir. 1996). "[T]he ultimate burden of persuasion is always on the claimant." Holm, 931 F.2d at 623.

In this case, the Claim is "self-contradictory" in that every document attached to the Claim indicates that it is not a claim against the Debtor. As such, the Trustee submits that this Claim should not be given "on its face" validity requiring the Trustee to submit evidence of its invalidity. Even if the Court disagrees, the Trustee submits that he has raised "facts tending to defeat the claim by probative force equal to that of the allegations of the proofs of claim themselves" and thus the Claim should be disallowed for that additional reason.

## III.

## CONCLUSION

The Trustee respectfully requests that this Court disallow the Claim in its entirety.

ALS\ 2618615.1    3

DATED: February 2, 2018

**Sulmeyer**Kupetz
A Professional Corporation

By: _/s/ Steven F. Werth_
Steven F. Werth
Attorneys for John J. Menchaca
Chapter 7 Trustee

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

ALS\2618615.1

4

# DECLARATION OF STEVEN F. WERTH

I, Steven F. Werth, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an Associate of **Sulmeyer**Kupetz, A Professional Corporation, attorneys of record for John J. Menchaca, Chapter 7 Trustee. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. I make this declaration in support of the "Motion Of Chapter 7 Trustee To Disallow Claim No. 17 Of Stephen Forde" (the "Motion"). Capitalized terms in this declaration have the meaning given them in the Motion.

3. A true and correct copy of the Claim is attached hereto as **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of February, 2018, at Los Angeles, California.

_____
Steven F. Werth

ALS\ 2618615.1

5

# EXHIBIT 1

Fill in this information to identify the case:

Debtor 1: Shorb DCE LLC

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Central District of California

Case number: 2:17-bk-14240 BR



FILED
DEC 0 8 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Official Form 410

# Proof of Claim

4/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Stephen Forde
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☐ No
   ☑ Yes. From whom? California Commerce Club, Inc.

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   Stephen Forde
   Name
   1613 Chelsea Road
   Number  Street
   San Marino    CA    91108
   City          State   ZIP Code

   Contact phone 818-552-2650
   Contact email bmenke@menkelaw.com

   Where should payments to the creditor be sent? (if different)
   Name _____
   Number  Street _____
   City  State  ZIP Code _____
   Contact phone _____
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

4. **Does this claim amend one already filed?**
   ☑ No
   ☐ Yes. Claim number on court claims registry (if known) _____  Filed on __/__/____  MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☑ No
   ☐ Yes. Who made the earlier filing? _____

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**
☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 54,167.03. Does this amount include interest or other charges?
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Dishonored checks

**9. Is all or part of the claim secured?**
☒ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____
Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

Official Form 410    Proof of Claim    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No ☐ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

**Part 3: Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12 / 8 / 17
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name: Stephen (First name)   (Middle name)   Forde (Last name)

Title: Creditor

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1613 Chelsea Road
Number   Street
San Marino    CA    91108
City          State  ZIP Code

Contact phone: 818-552-2650    Email: bmenke@menkelaw.com

## Claim Components

Claim By: Stephen Forde, assignee of the California Commerce Club Inc. judgment against David Kwok, owner of 65% of Shorb DCE LLC, and Elke Coffey, owner of 10% of Shorb DCE LLC.

$16,952.05   Original judgment amount against Kwok and Coffey dated November 13, 2007 (Exhibit 1).

$16,720.98   Accrued interest on judgment as of the date of the November 8, 2017 Superior Court Charging Order (Exhibit 2).

$20,217.10   Post judgment legal fees and costs.

$276.90   Interest since Superior Court Charging Order of November 8, 2017 @ $9.23 per day.

$54,167.03   Total claim as of December 8, 2017

Notes:  (1) This judgment was renewed on November 8, 2017;
        (2) Daily rate of interest after December 8, 2017 is $9.23 per day.

# EXHIBIT 1

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and telephone number): | | CTY/CASE: 07K10959 LEA/DEF#: |
|---|---|---|
| Recording requested by and return to: | | RECEIPT #: LAC210323096 |
| FRANKLIN J. LOVE  BAR#80334 | | DATE PAID: 02/05/08 09:05:32 AM |
| ATTORNEY AT LAW | | PAYMENT: $15.00    0310 |
| 125 S. CITRUS AVE., STE. 101 | | RECEIVED: |
| COVINA, CA 91723 | | CHECK:    15.00 |
| | | CASH: |
| [XX] ATTORNEY FOR  [XX] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | | CHANGE: |
| | | CASH: |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES COUNTY, STATE OF CALIFORNIA
STREET ADDRESS: 214 SOUTH FETTERLY AVENUE
MAILING ADDRESS: EAST LOS ANGELES,. CA. 90022
CITY AND ZIP CODE:
BRANCH NAME:

FOR RECORDER'S USE ONLY

PLAINTIFF: CALIFORNIA COMMERCE CLUB, INC.

DEFENDANT: DAVID C. KWOK ; ELKE COFFEY KWOK

CASE NUMBER: 07K10959

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS** [ ] Amended

FOR COURT USE ONLY

1. The [XX] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   ┌─────────────────────────────────┐
   │ DAVID C. KWOK ;                 │
   │ 6213 N. BION AVE, SAN GABRIEL, CA. 91775 │
   └─────────────────────────────────┘

   b. Driver's license No. and state:    5672CA       [ ] Unknown
   c. Social security No.:   6685                      [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to (name and address): DAVID C. KWOK;
         6213 N. BION AVE, SAN GABRIEL, CA. 91775

2. [XX] Information on additional judgment      4. [ ] Information on additional judgment
       debtors is shown on page 2.                      creditors is shown on page 2.
3. Judgment creditor (name and address):        5. [ ] Original abstract recorded in this county:
   CALIFORNIA COMMERCE                             a. Date:
   CLUB, INC.  6131 East Telegraph Road            b. Instrument No.:
   Commerce, Ca. 90040

Date: 01/18/2008

Franklin J. Love
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:       10. [ ] An [ ] execution lien  [ ] attachment lien
   $ 16,952.05                                                     is endorsed on the judgment as follows:
7. All judgment creditors and debtors are listed on this abstract.   a. Amount: $
                                                                b. In favor of (name and address):
8. a. Judgment entered on (date): 11/13/2007
   b. Renewal entered on (date):    /   /

9. [ ] This judgment is an installment judgment.          11. A stay of enforcement has
                                                              a. [ ] not been ordered by the court.
[SEAL]                                                        b. [XX] been ordered by the court effective until
                                                                    (date):
                                                          12. [XX] I certify that this is a true and correct abstract of
                                                              the judgment entered in this action.
                                                              [ ] A certified copy of the judgment is attached.

This abstract issued on (date):  FEB 04 2008              Clerk, by _John A Clark_ GERA SILVA-VALASCO, Deputy

Page 1 of 2

Form Adopted for Mandatory Use                ABSTRACT OF JUDGMENT—CIVIL            Code of Civil Procedure, §§ 488.480,
Judicial Council of California                   AND SMALL CLAIMS                                 674, 700.190
EJ-001 [Rev. January 1, 2006]
                                              Client Id:              Id:73757

| PLAINTIFF: | CALIFORNIA COMMERCE CLUB, INC. | CASE NUMBER: | 07K10959 |
|---|---|---|---|
| DEFENDANT: | DAVID C. KWOK; | | |

NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor (name and address):

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16. Name and last known address

ELKE COFFEY KWOK
6213 N. BION AVE
SAN GABRIEL, CA.    91775

Driver's license No. & state: 8214CA ☐ Unknown
Social security No.: 1790 ☐ Unknown
Summons was personally served at or mailed to (address):
6213 N. BION AVE
SAN GABRIEL, CA.    91775

17. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

18. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

19. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

20. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

21. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

22. ☐ Continued on Attachment 22.

EJ-001 [Rev. January 1, 2006]    ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    Page 2 of 2

# EXHIBIT 2

```
 1  MENKE LAW FIRM, APC
    Bruce R. Menke, SBN 116014
 2  5000 East Spring Street, Suite 405
    Long Beach, CA 90815
 3  Telephone:  (562) 496-4300
    Facsimile:  (562) 496-4500
 4
    Attorneys for STEPHEN FORDE,
 5  ASSIGNEE OF PLAINTIFF AND
    JUDGMENT CREDITOR
 6
```

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

NOV 08 2017

SHERRI R. CARTER, EXECUTIVE OFFICER/CLERK
BY CHERYL MASON, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

SOUTHEAST DISTRICT - NORWALK COURTHOUSE

| | |
|---|---|
| CALIFORNIA COMMERCE CLUB, INC., | Case No. 07K10959 |
| Plaintiff, | [PROPOSED] ORDER CHARGING MEMBERS' INTERESTS IN LIMITED LIABILITY COMPANY |
| vs. | [C.C.P. §§ 708.310-320; Corp. Code § 17705.03] |
| DAVID C. KWOK, and ELKE COFFEY (KWOK), | |
| Defendants. | Date: ~~02/08/2017~~ 11/8/2017<br>Time: 8:30am<br>Dept: B |

The Motion of Stephen Forde, the Assignee of the Plaintiff and Judgment Creditor, California Commerce Club, Inc., came on regularly for hearing on November 8, 2017, before the Honorable Thomas D. Long, Judge Presiding, in Department SEB of the above-entitled court, with appearances as follows: Bruce R. Menke, Menke Law Firm, APC, appeared for the Assignee, Stephen Forde. Michael D. Luppi appeared for the Judgment Debtors, David C. Kwok and Elke Coffey ("Kwok").

The Court having considered the pleadings filed in connection with the Motion and the argument of counsel, and good cause appearing,

///

///

---

[PROPOSED] ORDER CHARGING MEMBERS INTERESTS IN LIMITED LIABILITY COMPANY

IT IS ORDERED:

1. That the interests of David C. Kwok and Elke Coffey (Kwok) in the limited liability companies known as SHORB DCE, LLC and LAS TUNAS DCE, LLC with business addresses at 910 W. Shorb St., Unit F, Alhambra, California, 91803, are hereby charged with the unpaid balance of the Judgment entered in favor of California Commerce Club, Inc., herein on November 13, 2007, which Judgment has been assigned to Stephen Forde, in the sum of $16,952.05 plus interest thereon at the rate of 10% per annum from the date of the Judgment, with the combined principal and accrued interest now totaling $33,673.03;

2. That based upon the showing that the the interest of the Judgment Debtors David C. Kwok and Elke Coffey (Kwok) in Shorb DCE, LLC and the interest of Elke Coffey (Kwok) in Las Tunas DCE, LLC cannot be paid within a reasonable time, their interests in Shorb DCE, LLC and Las Tunas DCE, LLC shall be immediately foreclosed upon and sold to the highest bidder at a public sale.

3. The Court shall make such other and further orders as are necessary to give effect to this charging order.

Dated: 11/8/2017

Thomas D. Long
Judge of the Superior Court

[PROPOSED] ORDER CHARGING MEMBERS INTERESTS IN LIMITED LIABILITY COMPANY

Main Document   Page 18 of 19

Case 2:17-bk-14240-BR   Claim 17   Filed 12/08/17   Desc Main Document   Page 11 of 11

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1631 N. Towne Ave. Pomona, CA 91767

A true and correct copy of the foregoing document entitled (*specify*): _____Proof of Claim_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie A Cohen   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
- Ron Maroko   ron.maroko@usdoj.gov
- Elmer D Martin   elmermartin@gmail.com
- John J Menchaca (TR)   jmenchaca@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Carol G Unruh   cgunruh@sbcglobal.net
- Steven Werth   swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;kmccamey@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/8/17, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor – Shorb DCE LLC – agent for service of process – David Kwok – 910 W. Shorb St. Unit F Alhambra, CA 91803
Elke Coffey – 912 Shorb St. Unit A Alhambra, CA 91803
Chapter 7 Trustee – Menchaca & Co. – 835 Wilshire Blvd. #300 Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/8/17 | Yvonne Espelucin | /s/ Yvonne Espelucin |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           **F 9013-3.1.PROOF.SERVICE**

Case 2:17-bk-14240-BR    Doc 125    Filed 02/02/18    Entered 02/02/18 15:46:37    Desc
Main Document    Page 19 of 19

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*): **MOTION OF CHAPTER 7 TRUSTEE OBJECTING TO CLAIM NO. 17 OF STEPHEN FORDE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF STEPHEN F. WERTH IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 2, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com, allie@lesliecohenlaw.com
- Ron Maroko    ron.maroko@usdoj.gov
- Elmer D Martin    elmermartin@gmail.com
- John J Menchaca (TR)    jmenchaca@menchacacpa.com, ca87@ecfcbis.com, igaeta@menchacacpa.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Steven Werth    swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; kmccamey@sulmeyerlaw.com; asokolowski@ecf.inforuptcy.com; swerth@ecf.inforuptcy.com

**2. SERVED BY UNITED STATES MAIL**:
On February 2, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

Claimant (Claim No. 17):
Stephen Forde
1613 Chelsea Road
San Marino, CA  91108
*bmenke@menkelaw.com*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 2, 2018 | Kelli Mccamey | /s/ Kelli Mccamey |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |