Stephen Forde
1613 Chelsea Road
San Marino, CA 91108
Tel (818) 552-2650, Fax (818) 552-2640

Movant

**FILED & ENTERED**

**FEB 08 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| **In re** | Chapter 7 |
| **SHORB DCE, LLC,** | Case No. 2:17-bk-14240 BR |
| | **ORDER GRANTING RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)(1) [Nonbankruptcy Forum]** |
| **Debtor** | Date: 01/23/2018
Time: 2:00 pm
Ctrm: 1668 Roybal |

The motion of Stephen Forde for relief from the automatic stay came on to be heard at the above date and time in the above-entitled court, the Honorable Barry Russell, U.S. Bankruptcy Judge, presiding. Appearances were made as reflected in the court record.

The Court having considered all pleadings and papers filed, as well as argument of counsel, and good cause appearing,

**IT IS HEREBY ORDERED** that the motion is granted on the following terms:

-1-

1. The motion affects the nonbankruptcy actions listed in Exhibit A hereto.

2. Movant may proceed in the listed actions for the appointment of a receiver to receive and control any funds due to the debtor, Shorb DCE, LLC, after the case is completely administered.

\# \# \#

Date: February 8, 2018

*Barry Russell* (signature)

Barry Russell
United States Bankruptcy Judge

# EXHIBIT A

California Commerce Club, Inc. v David Kwok & Elke Coffey Kwok
Los Angeles County Superior Court Case Number 07K10959, Filed 06/25/2007
Judgment Entered 11/13/2007, Judgment Assigned to Stephen Forde 07/24/2017
Order Charging Member's Interest both entered 11/08/2017.

Harvest Credit Management, VII, LLC v. David Kwok
Los Angeles County Superior Court Case Number 08CV2525, Filed 07/11/2008
(Original Case Number 08CO2524)
Judgment Entered 11/05/2008, Judgment Assigned to Stephen Forde 06/26/2017
Order Charging Member's Interest in LLC entered 11/15/2017

Peter Wong v David Kwok and Elke L. Coffey
Los Angeles Superior Court Case Number GC041324, Filed 08/15/2008
Judgment Entered 01/06/2010, Judgment Assigned to Stephen Forde 11/25/2017
Order Charging Member's Interest in LLC entered 01/05/2018

# Exhibit A