Stephen Forde
1613 Chelsea Road
San Marino,CA 91108
Tel (818) 552-2650, Fax (818) 552-2640

FILED & ENTERED

MAR 08 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

Movant

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

**In re SHORB DCE, LLC,**

**Debtor**

Chapter 7
Case No.2:17-bk-14240 BR

**ORDER ON MOTION OF STEPHEN FORDE FOR EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY DAVID KWOK AND ELKE COFFEY IN CONNECTION WITH DEBTOR SHORB DCE, LLC, PURSUANT TO FRBP 2004 AND LBR 2004-1**

[No Hearing Required]

The motion of Interested Party/Creditor Stephen Forde for examination of and production of documents by David Kwok and Elke Coffey In Connection With Debtor Shorb DCE, LLC is hereby granted.

**IT IS HEREBY ORDERED** that David Kwok and Elke Coffey, as principals of Debtor Shorb DCE, LLC shall appear on March 29, 2018 at 1:00 p.m. at the Menke Law Firm, 5000 E. Spring Street, Suite 405, Long Beach, CA 90815 for examination.

**IT IS FURTHER ORDERED** that David Kwok and Elke Coffey shall produce at the above time and place any and all documents and

records pertaining to the creation and operation of Shorb DCE, LLC, including but not limited to: all bank records, loan records including evidence of how the proceeds from loans were used, rent rolls and/or rosters, documents evidencing expenses for repairs and maintenance, mortgages, property taxes, and insurance, and any documents related in any way to the operation of the LLC from its inception to the present time.

#    #    #

Date: March 8, 2018

Barry Russell
United States Bankruptcy Judge