Howard M. Ehrenberg (CA State Bar No. 125527)
   *hehrenberg@sulmeyerlaw.com*
Steven F. Werth (CA State Bar No. 205434)
   *swerth@sulmeyerlaw.com*
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California  90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for John J. Menchaca
Chapter 7 Trustee



FILED & ENTERED

MAR 29 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SHORB DCE, LLC,<br><br>            Debtor. | Case No. 2:17-bk-14240-BR<br><br>Chapter 7<br><br>**ORDER DISALLOWING CLAIM OF STEPHEN FORDE, CLAIM NO. 18**<br><br>Date:   March 13, 2018<br>Time:  2:00 p.m.<br>Place:  Courtroom 1668<br>          Roybal Federal Building<br>          255 East Temple Street<br>          Los Angeles, California  90012 |

SFW\ 2620889.1

1

On February 2, 2018, John J. Menchaca, ("Trustee") the duly-appointed and acting Chapter 7 trustee of the bankruptcy estate of Shorb DCE, LLC filed a "Motion Of Chapter 7 Trustee To Disallow Claim No. 18 Of Stephen Forde" [Docket No. 126] (the "Motion To Disallow").  On February 26, 2018, Stephen Forde filed an opposition to the Motion To Disallow [Docket No. 140] (the "Opposition").  The Trustee filed a reply to the Opposition on March 6, 2018 [Docket No. 141) (the "Reply").

The Motion To Disallow came before this Court for regular hearing on March 13, 2018. Appearances were as noted on the Court's record.

Having considered the Motion To Disallow, the declaration in support thereof, the Opposition, the Reply, the facts and circumstances of this case, the arguments made by the parties at the hearing on the Motion To Disallow, and for the reasons stated on the record at that hearing and for good cause, it is hereby **ORDERED** as follows:

1. The Motion To Disallow is granted; and

2. Claim No. 18 filed by Stephen Forde is hereby disallowed in its entirety.

###

Date: March 29, 2018

*[signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge