Carol G. Unruh, Esq., # 102929
LAW OFFICES OF CAROL G. UNRUH
3000 S. Robertson Blvd., Suite 215
Los Angeles, CA 90034
Tel(310)842-9660, Fax(310)842-9664
cgunruh@sbcglobal.net

Attorney for Creditor
William B. Wright

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>SHORB DCE, LLC,<br><br>Debtor and Debtor In Possession. | Chapter 11<br><br>Case No. 2:17-bk-14240 BR<br><br>**RESPONSE OF CREDITOR WILLIAM B. WRIGHT TO DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF SURPLUS FUNDS**<br><br>Date: May 15, 2018<br>Time: 2:00 P.M.<br>Ctrm: 1668 Roybal |

Creditor William B. Wright hereby responds to Debtor's emergency motion for order disbursing surplus funds, as follows. This response is based on the attached Declaration of William B. Wright and all pleadings and papers on file herein.

Date: 5-14-18

Carol G. Unruh
Attorney for Creditor
William B. Wright

1

**DECLARATION OF WILLIAM B. WRIGHT**

I, William B. Wright, declare as follows:

1. The matters stated herein are so stated upon personal knowledge, and if called as a witness I could and would competently testify thereto.

2. I am a creditor of Shorb, DCE, LLC, Debtor herein.

3. I filed unsecured claims against the debtor on November 28, 2017. The claims, totaling $91,105.94 effective through May 17, 2018, are for unsecured loans to David Kwok and Elke Coffey, two of the three members of Shorb, DCE, LLC, to be used for the benefit of Shorb. The loans were made to them as individuals because the LLC was such a sham entity that there was no company bank account and they took in all funds, from whatever source, as individuals.

4. The Chapter 7 Trustee has objected to my claims and a hearing is set for June 12, 2018 on his objection. The Trustee does not believe the claims should be paid by Shorb. I expect to prevail over the Trustee's objection, even if it requires an appeal.

5. I have been advised that Stephen Forde may be filing a motion for reconsideration of his claims that were previously disallowed.

6. I am also aware of a large claim by Curt Wang, one of the members of Debtor that was objected to but there has been no ruling on that objection yet. I am also aware that Mr. wang wasn't even served with a copy of the pending motion.

7. Even if my claims against Debtor are not allowed, I am still owed money by David Kwok and Elke Coffey, two of the

members of Debtor.

8. I believe that allowing Kwok and Coffey to take money out of the bankruptcy estate before my claims have been adjudicated would be improper because I know they will do whatever they have to do to avoid paying the debts. They will take any funds received on behalf of the LLC and use them for their own purposes.

9. Because of the uncertainty regarding the total of the claims to be paid in this case, I believe Debtor's motion is premature. I therefore oppose any premature disbursement of funds.

I certify under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Gabriel, California on May 14, 2018.

_William B. Wright_
William B. Wright
Declarant

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1631 N. Towne Ave., Pomona, CA 91767

A true and correct copy of the foregoing document entitled (*specify*): __Response Of Creditor William B. Wright To Debtor's Emergency Motion For Order Authorizing Disbursement Of Surplus Funds__

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/14/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 05/14/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor's Agent For Service Of Process: David Kwok, 910 W. Shorb Ave., Unit F, Alhambra, CA 91803

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 05/14/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell, U.S. Bankruptcy Court, 255 E. Temple Street, Suite 1660, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/14/2018 | Nathan Creeger | X /s/ Nathan Creeger |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           **F 9013-3.1.PROOF.SERVICE**

# Mailing Information for Case 2:17-bk-14240-BR

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Elmer D Martin**    elmermartin@gmail.com
- **John J Menchaca (TR)**    jmenchaca@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Carol G Unruh**    cgunruh@sbcglobal.net
- **Steven Werth**    swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;kmccamey@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com