Leslie A. Cohen, Esq. (SBN 93698)
leslie@lesliecohenlaw.com
J'aime K. Williams, Esq. (SBN 261148)
jaime@lesliecohenlaw.com
Leslie Cohen Law, P.C.
506 Santa Monica Blvd. Ste 200
Santa Monica, CA 90401
Telephone: 310.394-5900
Facsimile: 310.394-9280

Attorneys for Debtor

FILED & ENTERED

MAY 15 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis    DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

SHORB DCE, LLC,

Debtor

Case No.  2:17-bk-14240-BR

Chapter 7

**ORDER GRANTING EMERGENCY MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF SURPLUS FUNDS**

Date: May 15, 2018
Time: 2:00 p.m.
Ctrm: 1668

The hearing ("**Hearing**") on the *Emergency Motion for Order Authorizing Disbursement of Surplus Funds* (the "**Motion**") [Docket No. 182] filed by Shorb DCE LLC, the chapter 7 Debtor (the "**Debtor**") in this case was held on May 15, 2018 at 2:00 p.m. before the Honorable Barry Russell, United States Bankruptcy Judge, in the above-referenced Court.

The Court having considered the Motion, and notice thereof [Docket No. 184], any oppositions made thereto, and the Court finding notice of this matter is appropriate under the circumstances and good cause appearing therefore:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is GRANTED;

2. John J. Menchaca, in his capacity as Chapter 7 Trustee ("**Trustee**") is authorized and directed to release $266,643.50 of the surplus funds from the bankruptcy estate, as follows:

   a. A cashier's check payable to "Bruce Menke Client Trust Account" in the amount of $36,296.85, memo "Commerce Casino-Case No. 07K10959";

   b. A cashier's check payable to "Los Angeles County Sheriff" in the amount of $ 230,346.65, memo "Peter Wong-Case No. GC041324";

   c. The Trustee is authorized and directed to increase the amounts to reflect daily interest through the date of actual payment.

###

Date: May 15, 2018

*/s/ Barry Russell*

Barry Russell
United States Bankruptcy Judge

2