Ure Law Firm
800 West 6th Street, Suite 940
Los Angeles, California 90017
TEL.: (213) 202-6070
FAX.: (213) 202-6075
THOMAS B. URE (CA State Bar No. 170492)
email: tom@urelawfirm.com

Attorney for Creditor

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>SHORB DCE, LLC,<br><br>          Debtor. | Case No. 2:17-bk-14240-BR<br><br>CHAPTER 7<br><br>NOTICE OF HEARING ON MOTION OF CREDITOR AND INTERESTED PARTY CURT WANG FOR RELIEF FROM JUDGMENT GRANTING DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF SURPLUS FUNDS, PURSUANT TO FRCP 60(b) AND FRBP 9024<br><br>Date:     August 1, 2018<br>Time:    2:00 p.m.<br>Place:   Courtroom 1668<br>            255 E Temple Street<br>            Los Angeles, CA 90012 |

TO: THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, JOHN J MENCHACA, CHAPTER 7 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that a hearing on the previously filed (Docket 206) MOTION OF CREDITOR AND INTERESTED PARTY CURT WANG FOR RELIEF FROM JUDGMENT GRANTING DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF SURPLUS FUNDS, PURSUANT TO FRCP 60(b) AND FRBP 9024 will take place on August 1, 2018 at 2:00 p.m. in Courtroom 1668 at 255 E Temple Street, Los

1 | Angeles, CA 90012.

2 |      **PLEASE TAKE FURTHER NOTICE** **THAT ANY OPPOSITION TO THE MOTION**
3 | **MUST BE FILED WITH THE BANKRUPTCY COURT AND SERVED UPON CREDITOR,**
4 | **CREDITOR'S ATTORNEY AT THE ADDRESS SET FORTH ABOVE AND THE**
5 | **STANDING CHAPTER 7 TRUSTEE, JOHN J. MENCHACA, WITHIN FOURTEEN (14)**
6 | **OF SERVICE OF THIS MOTION. FAILURE TO FILE A WRITTEN RESPONSE**
7 | **WITHIN THE PRESCRIBED TIME PERIOD MAY BE DEEMED AS A WAIVER OF**
8 | **YOUR RIGHT TO OPPOSE THIS MOTION AND MAY RESULT IN THE COURT**
9 | **GRANTING THE RELIEF REQUESTED HEREIN PRIOR TO THE SCHEDULED**
10 | **HEARING.**

11 |

12 | Dated: July 3, 2018                                Respectfully Submitted,

13 |                                                 Ure Law Firm

14 |

15 |                                         By: /s/ Thomas B. Ure
                                                    Thomas B. Ure
                                                    Attorney for Creditor

16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

| In re: | | CHAPTER: 7 |
|---|---|---|
| SHORB DCE, LLC | Debtor(s). | CASE NUMBER: 2:17-bk-14240-BR |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
800 West 6th Street., Suite 940
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON MOTION OF CREDITOR AND INTERESTED PARTY CURT WANG FOR RELIEF FROM THE JUDGMENT GRANTING DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF SURPLUS FUNDS, PURSUANT TO FRCP 60(b) AND FRBP 9024; DECLARATION OF CURT WANG IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __7/3/2018__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**ATTORNEY FOR CREDITOR** Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
**ATTORNEY FOR U.S. TRUSTEE** Ron Maroko ron.maroko@usdoj.gov
**ATTORNEY FOR CREDITOR** Elmer D Martin elmermartin@gmail.com
**TRUSTEE** John J Menchaca (TR) jmenchaca@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com
**U.S. TRUSTEE** United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
**ATTORNEY FOR CREDITOR** Carol G Unruh cgunruh@sbcglobal.net
**ATTORNEY FOR CREDITOR** Steven Werth swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;kmccamey@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com
**ATTORNEY FOR CREDITOR** Thomas B. Ure tom@urelawfirm.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On __7/3/2018__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**United States Bankruptcy Court**
**Honorable Barry Russell**
**255 E. Temple Street, Suite 1660 / Courtroom 1668**
**Los Angeles, CA 90012**

☑ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              **9013-3.1.PROOF.SERVICE**

| In re: | | CHAPTER 7 |
|---|---|---|
| SHORB DCE, LLC | Debtor(s). | CASE NUMBER 2:17-bk-14240-BR |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/3/2018 | **Yolanda Segura** | /s/ Yolanda Segura |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1

East West Bank
135 N. Los Robles Avenue
Pasadena, CA 91101-1758

MENCHACA & COMPANY LLP CPA
835 WILSHIRE BLVD., STE. 300
LOS ANGELES, CA 90017-2655

Shorb DCE, LLC
910 Shorb St.., Unit F
Alhambra, CA 91803-2448

SulmeyerKupetz PC
333 S Hope St 35th Fl
Los Angeles, CA 90071-1406

Curt Wang
802 E. Mission Rd.
San Gabriel, CA 91776-2716

East West Bank
1001 Fair Oaks Ave
South Pasadena, CA 91030-3309

East West Bank
135 N. Los Robles
Pasadena, CA 91101-1758

Elke Coffey
912 Shorb St Unit A
Alhambra Ca 91803-2445

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

INTERNAL REVENUE SERVICE
300 North Los Angeles Street
M/S 5022
Los Angeles, CA 90012

James Wang
802 E. Mission Rd.
San Gabriel, CA 91776-2716

LOS ANGELES COUNTY TREASURER AND TAX COLLECT
PO BOX 54110
LOS ANGELES CA 90054-0110

LOs Angeles County Tax Collector
225 N Hill Street
Los Angeles CA 90012-3253

Law Offices of Tom C Tsay Inc
208 E Valley Blvd Ste C
San Gabriel CA 91776-6514

Stephen Forde
1613 Chelsea Road
San Marino CA 91108-2419

The Wright Trust dated 11/19/1984
Carol G Unruh
3000 S Robertson Blvd Ste 215
Los Angeles, CA 90034-3156

William B Wright
Carol G Unruh
3000 S Robertson Blvd Ste 215
Los Angeles, CA 90034-3156

William B Wright as Trustee of the
William Barber Wright Revocable Trust
Carol G Unruh
3000 S Robertson Blvd Ste 215
Los Angeles, CA 90034-3156

Kevin Tang
601 S Figueroa St Ste 4050
Los Angeles, CA 90017-5879

Leslie A Cohen
Leslie Cohen Law PC
506 Santa Monica Bl Ste 200
Santa Monica, CA 90401-2413

William B. Wright
c/o Law Offices Of Carol G. Unruh
3000 S. Robertson Blvd.
Suite 215
Suite 215
Los Angeles, CA 90034-3156

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).