STEPHEN FORDE
1613 Chelsea Road
San Marino, CA 91108
Tel: (818) 552-2650
Fax: (818) 552-2640

FILED
JUL 05 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Party in Interest

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:

SHORB DCE, LLC

Debtor.

Case No.: 2:17-bk-14240-BR

Chapter 7

DECLARATION OF STEPHEN FORDE
IN SUPPORT OF RULE 60b MOTION
BY CURT WANG TO VACATE THE
COURT'S ORDER OF MAY 15, 2018
GRANTING EMERGENCY RELIEF

Date:    August 1, 2018
Time:   2:00 p.m.
Place:   Courtroom 1668
         255 E Temple Street
         Los Angeles, CA 90012

I, Stephen Forde, declare as follows:

1. The matters stated herein are so stated upon personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. I support the Rule 60b motion filed by Curt Wang to vacate the court's order of May 15, 2018, granting emergency relief, on the following ground:

- 1 -

DECLARATION OF STEPHEN FORDE IN SUPPORT OF RULE 60b MOTION BY CURT WANG
TO VACATE THE COURT'S ORDER OF MAY 15, 2018 GRANTING EMERGENCY RELIEF

### The purpose of the emergency motion brought on May 15, 2018 was to aid and abet a felony tax evasion scheme by Kwok and Coffey

3. The principal asset of Debtor, Shorb DCE, LLC, was the 11-unit apartment building located at 910-912 West Shorb Street, Alhambra, California 91803. The property was sold on December 11, 2017 for $2,450,000. At the time of the sale, David Kwok owned a 65% share of the LLC; Curt Wang, a 25% share; and Elke Coffey, a 10% share. The U.S. Trustee is holding the net proceeds of the sale in the approximate amount of $1.1 million.

4. David Kwok initially received title to the Shorb property as a gift in 1983. His tax basis in the property and LLC is zero.

5. Elke Coffey received her 10% interest in Shorb DCE, LLC as a gift from Kwok on June 26, 2017 (Docket #68 Declaration of Kwok, June 26, 2017) Coffey therefore has a zero tax basis for her 10% interest in the LLC.

6. At the time of the sale of the Shorb property – In early December 2017 – Kwok and Coffey (referenced collectively hereinafter by "K&C") had extracted over $1.2 million from the property from secured lenders East West Bank, James Wang, and William Wright. Thus they incurred a capital gain from relief from indebtedness at the time of the Shorb Sale.

7. I am informed and believe that the federal capital gains tax on a $1.2 million gain is approximately 24% and that the equivalent California capital gains tax is 10%. Combined to 34%, this works out to roughly $400,000 total tax on the $1.2 million of extinguished debt.

8. I am informed and believe that K&C did not file tax returns for the 2017 tax year, nor did they request an extension of time to file.

9. A tax-free exchange is not available to K&C because under § 1031, any such transaction must be completed within six months of the sale date, and the six-month deadline passed on June 10, 2018. In addition, any exchange must be identified within 45 days of sale, and the funds must be held by an exchange accommodator, and neither of these requirements occurred in this circumstance.

10. K&C currently have approximately $49,000 in federal tax liens and approximately $119,000 in state tax liens recorded against them for taxes due in prior years, for a total of $170,000. Copies of these

- 2 -

DECLARATION OF STEPHEN FORDE IN SUPPORT OF RULE 60b MOTION BY CURT WANG
TO VACATE THE COURT'S ORDER OF MAY 15, 2018 GRANTING EMERGENCY RELIEF

liens are attached in Exhibit A. These liens continue to draw interest and penalties so that the total now due is substantially in excess of $200,000.

11. Thus, between the capital gains tax and existing tax liens, K&C have a total tax liability of over $600,000.

12. This computation correlates with Debtor's Third Status Report, Docket #82, a true and correct copy of which is attached as Exhibit B. Debtor's then-attorney, Kevin Tang, estimates that "... $867,000 due in capital gains taxes (federal and state) from the resulting sale..." would be owed on a contemplated sale price of $2,250,000.

13. I am informed and believe that the "Emergency Motion" was intended to lay the groundwork for federal and state tax evasion and that K&C have no intention of paying any tax on the sale of Shorb, nor of paying their existing tax liens.

14. I am informed and believe that Leslie Cohen is aware of this tax evasion plan. By purporting to pay two of Forde's claims, attorney Cohen was hoping to scuttle Forde's state court remedy of having a sale of the LLC interest owned by K&C conducted by the Sheriff, as is afforded by California law. She sought to cause the distribution of funds from the Trustee so that her apparent actual clients, David Kwok and Elke Coffey, could receive the LLC funds directly and negotiate the proceeds without regard to their current and past-due federal and state tax liabilities.

15. It is inappropriate and shameful for the Federal Bankruptcy Court to be used to facilitate a major federal and state tax evasion.

16. I therefore support the Rule 60b motion so that the result of the emergency motion hearing may be vacated.

I certify under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Los Angeles, California on this 5th day of July, 2018.

_____
STEPHEN FORDE
Party in Interest / Creditor

- 3 -
DECLARATION OF STEPHEN FORDE IN SUPPORT OF RULE 60b MOTION BY CURT WANG
TO VACATE THE COURT'S ORDER OF MAY 15, 2018 GRANTING EMERGENCY RELIEF

**EXHIBIT A**

Recording Requested By Internal Revenue Service. When recorded mail to:

INTERNAL REVENUE SERVICE
300 N Los Angeles St Mail Stop 5027
LOS ANGELES, CA 90012

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

**06 1527784**
07/11/2006        AT 08:04am

FEE $7.00
DA FEE Code 20 $2.00

For Optional Use by Recording Office

Form 668 (Y)(c)
(Rev. October 2000)

Department of the Treasury - Internal Revenue Service
## Notice of Federal Tax Lien

Area: SMALL BUSINESS/SELF EMPLOYED AREA #5
Lien Unit Phone: (800) 913-6050

Serial Number
300932806

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer   DAVID KWOK

Residence   6213 N BION AVE
SAN GABRIEL, CA 91775-2509

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2002 | XXX-XX-6655 | 11/10/2003 | 12/10/2013 | 14,810.87 |
| 1040 | 12/31/2003 | XXX-XX-6655 | 02/14/2005 | 03/16/2015 | 34,204.20 |

Place of Filing
COUNTY RECORDER
LOS ANGELES

Total  $   49,015.07

This notice was prepared and signed at   DALLAS, TX  , on this, the   5th   day of   July  ,   2006  .

Signature   R. A. Mitchell

Title
Territory Manager

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev 10-00)
CAT. NO 60025X

*Recording Requested by*

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
Sacramento CA 95812-2952

01/08/09



*And When Recorded Mail to*

Special Procedures Section
PO BOX 2952
Sacramento CA 95812-2952

20090027900



## NOTICE OF STATE TAX LIEN

FILED WITH:   LOS ANGELES

CERTIFICATE NUMBER:   08358325452

The Franchise Tax Board of the State of California hereby certifies that the following named taxpayer(s) is liable under parts 10 or 11 of Division 2 of the Revenue and Taxation Code to the State of California for amount due and required to be paid by said taxpayer as follows:

Name of Taxpayer(s)   : DAVID KWOK

FTB Account Number   : 1213864499

Social Security Number(s) : XXX-XX-6855

Last Known Address   : 910 W SHORB ST F
: ALHAMBRA CA 91803-2448

For Taxable Years   : 2006, 2005

| TAX | PENALTY | INTEREST | COLLECTION FEES | PAYMENTS | ADJUSTMENTS | * TOTAL |
|---|---|---|---|---|---|---|
| $31,501.00 | $15,808.00 | $5,923.26 | $258.00 | $0.00 | $0.00 | $53,490.26 |

Further interest and fees will accrue at the rate prescribed by law until paid; that the Franchise Tax Board of the State of California complied with all of the provisions of parts 10 or 11 of Division 2 of the Revenue and Taxation Code of the State of California in computing, levying, determining and assessing the tax; the said amounts are due and payable and have not been paid. Said lien attaches to all property and rights to such property now owned or later acquired by the taxpayer.

IN WITNESS WHEREOF, the Franchise Tax Board of the State of California has duly authorized the undersigned to execute this Notice in its name.

DATED: 12/29/08

Collection Bureau
Telephone Number: (916) 845-4350

*Additional interest is accruing at the rate prescribed by law.

FRANCHISE TAX BOARD
of the State of California

By: *[signature]*

Authorized facsimile signature.

FTB 2930 V1 ARCS (REV 03-2008)

*Recording Requested by*

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
Sacramento CA 95812-2952

*And When Recorded Mail to*

Special Procedures Section
PO BOX 2952
Sacramento CA 95812-2952

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELESE COUNTY
CALIFORNIA

**20160852695**
07/21/2016 09:10:16
FREE



## Notice of State Tax Lien

Filed With:   LOS ANGELES                                   Certificate Number:   16202309395

The Franchise Tax Board of the State of California hereby certifies that the following named taxpayer(s) is liable under parts 10 or 11 of Division 2 of the Revenue and Taxation Code to the State of California for amount due and required to be paid by said taxpayer(s) as follows:

Name of Taxpayer(s)      : DAVID KWOK

FTB Account Number       : 1213864499

Social Security Number(s) : XXX-XX-6655

Last Known Address       : 315 S SAN GABRIEL BLVD STE C
                         : SAN GABRIEL CA 91776-1963

For Taxable Years        : 2014,2013,2012,2011 2010,2009

Total Lien Amount *      : $21,277.96

Further interest and fees will accrue at the rate prescribed by law until paid; that the Franchise Tax Board of the State of California complied with all of the provisions of parts 10 or 11 of Division 2 of the Revenue and Taxation Code of the State of California in computing, levying, determining and assessing the tax; the said amounts are due and payable and have not been paid. Said lien attaches to all property and rights to such property now owned or later acquired by the taxpayer.

IN WITNESS WHEREOF, the Franchise Tax Board of the State of California has duly authorized the undersigned to execute this Notice in its name.

Dated: 07/20/16

Collection Bureau
Telephone Number: (916) 845-4350

FRANCHISE TAX BOARD
of the State of California

By: *[signature]*

Authorized facsimile signature.

*Additional interest is accruing at the rate prescribed by law.

FTB 2930E V1 ARCS (REV 06-2014)

Recording Requested by

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
Sacramento CA 95812-2952

And When Recorded Mail to

Special Procedures Section
PO BOX 2952
Sacramento CA 95812-2952



12/27/2011

*20111760047*



## Notice of State Tax Lien

Filed With:    LOS ANGELES

Certificate Number:    11346687910

The Franchise Tax Board of the State of California hereby certifies that the following named taxpayer(s) is liable under parts 10 or 11 of Division 2 of the Revenue and Taxation Code to the State of California for amount due and required to be paid by said taxpayer(s) as follows:

Name of Taxpayer(s)        : DAVID KWOK

FTB Account Number        : 1213864499

Social Security Number(s)  : ███████6655

Last Known Address         : 910 W SHORB ST F
                           : ALHAMBRA  CA  91803-2448

For Taxable Years          : 2008,2007

Total Lien Amount *        : 31388.26

Further interest and fees will accrue at the rate prescribed by law until paid; that the Franchise Tax Board of the State of California complied with all of the provisions of parts 10 or 11 of Division 2 of the Revenue and Taxation Code of the State of California in computing, levying, determining and assessing the tax, the said amounts are due and payable and have not been paid. Said lien attaches to all property and rights to such property now owned or later acquired by the taxpayer.

IN WITNESS WHEREOF, the Franchise Tax Board of the State of California has duly authorized the undersigned to execute this Notice in its name.

Dated: 12/12/11

Collection Bureau
Telephone Number: (916) 845-4350

FRANCHISE TAX BOARD
of the State of California

By: *[signature]*

Authorized facsimile signature.

*Additional interest is accruing at the rate prescribed by law.

FTB 2930 V1 M ARCS (REV 12-2011)

*Recording Requested by*

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
Sacramento CA 95812-2952

*And When Recorded Mail to*

Special Procedures Section
PO BOX 2952
Sacramento CA 95812-2952

06 2846275



## NOTICE OF STATE TAX LIEN

FILED WITH:  LOS ANGELES              CERTIFICATE NUMBER:  06306368654

The Franchise Tax Board of the State of California hereby certifies that the following named taxpayer(s) is liable under parts 10 or 11 of Division 2 of the Revenue and Taxation Code to the State of California for amount due and required to be paid by said taxpayer as follows:

Name of Taxpayer(s)       : DAVID KWOK

FTB Account Number       : ▉6655

Social Security Number(s) : ▉6655

Last Known Address        : 6213 BION AVE
                          : SAN GABRIEL CA 91775-2509

For Taxable Years         : 2004, 2003

| TAX | PENALTY | INTEREST | COLLECTION FEES | PAYMENTS | ADJUSTMENTS | * TOTAL |
|---|---|---|---|---|---|---|
| 6348.00 | 1719.37 | 1105.41 | 114.00 | -12.00 | 0 | 9274.78 |

Further interest and fees will accrue at the rate prescribed by law until paid; that the Franchise Tax Board of the State of California complied with all of the provisions of parts 10 or 11 of Division 2 of the Revenue and Taxation Code of the State of California in computing, levying, determining and assessing the tax; the said amounts are due and payable and have not been paid. Said lien attaches to all property and rights to such property now owned or later acquired by the taxpayer.

IN WITNESS WHEREOF, the Franchise Tax Board of the State of California has duly authorized the undersigned to execute this Notice in its name.

DATED: 11/02/06                                      FRANCHISE TAX BOARD
                                                     of the State of California

Collection Bureau
Telephone Number: (916) 845-4350         By: *[signature]*

*Additional interest is accruing at the rate prescribed by law.

                                                     Authorized facsimile signature.

FTB 2930 V1 M ARCS (REV 04-2004)

This page is part of your document - DO NOT DISCARD

**20170281634**





Pages:
0002

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**03/10/17 AT 02:03PM**

|  |  |
|---|---|
| FEES: | 0.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 0.00 |



LEADSHEET

201703102890085

00013455463

008194024

SEQ:
11

DAR - Mail (Intake)



**THIS FORM IS NOT TO BE DUPLICATED**

E264265

*Recording Requested by*

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
Sacramento CA  95812-2952

*And When Recorded Mail to*

Special Procedures Section
PO BOX 2952
Sacramento CA  95812-2952

Document Number: 13455463

Batch Number: 8194024



## Notice of State Tax Lien

Filed With:  LOS ANGELES

Certificate Number:  17060393196

The Franchise Tax Board of the State of California hereby certifies that the following named taxpayer(s) is liable under parts 10 or 11 of Division 2 of the Revenue and Taxation Code to the State of California for amount due and required to be paid by said taxpayer(s) as follows:

| | |
|---|---|
| Name of Taxpayer(s) | : ELKE L COFFEY |
| FTB Account Number | : 1106845845 |
| Social Security Number(s) | : XXX-XX-1790 |
| Last Known Address | : 910 W SHORB ST<br>: ALHAMBRA, CA  91803-2448 |
| For Taxable Years | : 2014 |
| Total Lien Amount * | : $4,684.08 |

Further interest and fees will accrue at the rate prescribed by law until paid; that the Franchise Tax Board of the State of California complied with all of the provisions of parts 10 or 11 of Division 2 of the Revenue and Taxation Code of the State of California in computing, levying, determining and assessing the tax; the said amounts are due and payable and have not been paid. Said lien attaches to all property and rights to such property now owned or later acquired by the taxpayer.

IN WITNESS WHEREOF, the Franchise Tax Board of the State of California has duly authorized the undersigned to execute this Notice in its name.

Dated: 03/01/17

Collection Bureau
Telephone Number: (916) 845-4350

FRANCHISE TAX BOARD
of the State of California

By: *[signature]*

Authorized facsimile signature.

*Additional interest is accruing at the rate prescribed by law.

FTB 2930 V1 M ARCS (REV 06-2013)

**EXHIBIT B**

TANG & ASSOCIATES
Kevin Tang, Esq. (SBN: 291051)
601 S. Figueroa St., Suite 4050
Los Angeles, California 90017
Tel: (213)300-4525; Fax: (213) 403-5545

Attorney for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

In Re:

Shorb DCE LLC

Debtor and Debtor-in-possession

CASE NO: 2:17-bk-14240-BR

Chapter 11

DEBTOR'S THIRD STATUS REPORT

The above-captioned debtors-in-possession, Shorb DCE LLC ("Debtor"), by and through his attorney of record herein, Kevin Tang, Esq. ("Debtor's Counsel"), hereby submits its Third Status Report.

### Status of Debtor's Chapter 11 Bankruptcy Case

On July 15, 2017, Debtor filed its June Operating Report as docket number 74. The Debtor has been using its best efforts to sell the property located at 910-912 Shorb Street, Alhambra, CA 91803 ("Property"). The Debtor's best offer for the Property consisted of a purchase price of $2,250,000.00, subject to a carry back of $200,000.00. Considering the amount of owed on the property is at least $1,259,000.00, and after an estimated $867,000.00 due in capital gains taxes

(cnt.)

DEBTOR'S THIRD STATUS REPORT 1

(federal and state) from the resulting sale, the Debtor did not move forward with the sale. Had the Debtor completed the sale, the Property would have sold for substantially less than fair market value and the sale proceeds would not tender enough proceeds to pay the Debtor's secured creditors in full. The Debtor rejected the offer and continues search for potential buyers.

The Debtor asserts that if a sale is not possible, the best alternative is to refinance. Accordingly, the Debtor filed a Motion for Authority to Enter Into Loan to Refinance the Secured Loans on Debtor's Property ("Motion") and its related Notice of Hearing, respectively filed as docket numbers 77 and 78, on August 1, 2017. As set forth in its Motion, and supported by the Debtor's Declaration filed simultaneously with the Motion, the Debtor is requesting the authority to enter into negotiations for a refinancing loan in the amount of $1,700,000.00 at a rate of 10.00%, and interest only payments for the initial eighteen months. The proceeds from this refinancing loan will repay all secured creditors who currently hold liens against the Property.

Pending the Court's ruling on the Motion, at the hearing to be held on August 22, 2017, the Debtor hopes to receive a Letter of Commitment from a lender and proceed with the loan process.

Dated: August 8, 2017

Respectfully Submitted,

/s/ Kevin Tang
Kevin Tang, Esq.
**Attorney for Debtor
and Debtor-in-Possession**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1631 N. Towne Ave., Pomona, CA 91767

A true and correct copy of the foregoing document entitled (specify): __Declaration Of Stephen Forde In Suport Of Rule 60(b) Motion By Curt Wang__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) __07/05/2018__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) __07/05/2018__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor's Agent For Service Of Process: David Kwok, 910 W. Shorb Ave., Unit F, Alhambra, CA 91803

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) __07/05/2018__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell, U.S. Bankruptcy Court, 255 E. Temple Street, Suite 1660, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/05/2018 | Yvonne Espelucin | X _/s/ Yvonne Espelucin_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

# Mailing Information for Case 2:17-bk-14240-BR

## Electronic Mail Notice List

The following is the list of parties who are currently on the list to receive email notice/service for this case.

- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
- Ron Maroko    ron.maroko@usdoj.gov
- Elmer D Martin    elmermartin@gmail.com
- John J Menchaca (TR)    jmenchaca@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Thomas B Ure    tbuesq@aol.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com
- Steven Werth    swerth@sulmeyerlaw.com, asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com asokolowski@sulmeyerlaw.com;kmccamey@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com