FILED

AUG 30 2018

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

| | | |
|---|---|---|
| In re: | ) | BAP No.   CC-18-1138 |
| | ) | |
| SHORB DCE, LLC, | ) | Bk. No.   2:17-bk-14240-BR |
| | ) | |
| Debtor. | ) | |
| | ) | |
| STEPHEN FORDE, | ) | |
| Appellant, | ) | |
| v. | ) | **ORDER GRANTING REQUEST** |
| | ) | **FOR JUDICIAL NOTICE AND** |
| SHORB DCE, LLC; DAVID KWOK; | ) | **GRANTING LIMITED REMAND** |
| ELKE COFFEY; JOHN J. MENCHACA, | ) | (Response Required) |
| Chapter 7 Trustee, | ) | |
| Appellees. | ) | |

Before:  Gary Spraker, Bankruptcy Judge.

The Panel received and considered the request for judicial notice filed by appellees Shorb DCE, LLC, Elke Coffey, and David Kwok.  Appellees ask the Panel to take judicial notice of items from the bankruptcy case docket.  The request is GRANTED as to the fact of the filing of the documents and their contents but not to establish the truth of extrajudicial facts contained in any particular document.  *See* Fed. R. Evid. 201; *Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001); *Credit Alliance*

*Corporation v. Idaho Asphalt Supply, Inc. (In re Blumer)*, 95 B.R. 143, 146-47 (9th Cir. BAP 1988); *Wetherbee v. Willow Lane, Inc. (In re Bestway Products, Inc.)*, 151 B.R. 530, 540-541 and n.33 (Bankr. E.D. Cal. 1993).

This is an appeal from an order granting a motion for disbursement of funds. Appellees' papers represent that the bankruptcy court has reconsidered that decision. A LIMITED REMAND is hereby GRANTED for the bankruptcy court to enter a ruling on the pending motion for relief under Federal Rule of Bankruptcy Procedure 9024 (bankruptcy docket no. 206).

If the bankruptcy court vacates the order on appeal, as appellees suggest it will, such action would appear to moot this appeal.

Therefore, within **FOURTEEN (14) DAYS** of entry of a bankruptcy court order on the motion filed at bankruptcy docket no. 206, appellant must file a response with the BAP explaining why the appeal should not be dismissed as moot. Alternatively, appellant may file a motion to voluntarily dismiss the appeal if he believes the appeal is no longer necessary. *See* Fed. R. Bankr. P. 8023.

Briefing in this appeal is ORDERED SUSPENDED pending further order of the Panel.