1 | Howard M. Ehrenberg (CA State Bar No. 125527)
  |    *hehrenberg@sulmeyerlaw.com*
2 | Steven F. Werth (CA State Bar No. 205434)
  |    *swerth@sulmeyerlaw.com*
3 | **Sulmeyer**Kupetz
  | A Professional Corporation
4 | 333 South Hope Street, Thirty-Fifth Floor
  | Los Angeles, California  90071-1406
5 | Telephone: 213.626.2311
  | Facsimile: 213.629.4520
6 |
7 | Attorneys for
  | John J. Menchaca, Chapter 7 Trustee



FILED & ENTERED

SEP 07 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re | Case No. 2:17-bk-14240-BR |
|---|---|
| SHORB DCE, LLC, | Chapter 7 |
| Debtor. | **ORDER GRANTING MOTION TO APPROVE SETTLEMENT REGARDING TRUSTEE'S OBJECTIONS TO CLAIMS OF WILLIAM WRIGHT** |
| | Date:   August 21, 2018<br>Time:   2:00 p.m.<br>Place:  Courtroom 1668<br>          Roybal Federal Building<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

SFW\ 2628452.2

On July 25, 2018, John J. Menchaca, the duly appointed, qualified, and acting Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of Shorb DCE, LLC ("Debtor"), caused to be filed a "Motion To Approve Settlement Regarding Trustee's Objections To Claims Of William Wright" [Docket No. 215] (the "Motion").  The Motion sought to approve a "Stipulation Between Creditor William B. Wright And Chapter 7 Trustee Re Payment Of Allowed Claims" ("Stipulation") entered into between the Trustee and William B. Wright ("Wright").  A copy of the Stipulation was attached to the Motion as Exhibit 1, and is attached to this Order as Exhibit 1.

The Motion came before this Court for its regularly-scheduled hearing on August 21, 2018, at 2:00 p.m.  Claire Wu appeared on behalf of the Trustee.  Based upon the Court's review of the Motion, the declarations of John J. Menchaca and Steven F. Werth in support thereof, proper notice of the Motion having been given, there being no opposition to the Motion, and for good cause,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted;

2. The Stipulation is approved;

3. Wright's claim, designated Claim No. 10 in the Claims Register in this case, is disallowed;

4. Wright's claim, designated Claim No. 11 in the Claims Register in this case, is allowed in the amount of $18,064.00;

5. Wright's claim, designated Claim No. 12 in the Claims Register in this case, is allowed in the amount of $7,603.75;

6. Wright's claim, designated Claim No. 13 in the Claims Register in this case, is disallowed;

7. Wright's claim, designated Claim No. 14 in the Claims Register in this case, is allowed in the amount of $1,826.29;

8. Wright's claim, designated Claim No. 15 in the Claims Register in this case, is allowed in the amount of $6,037.50; and

/ / /

/ / /

9. Wright's claim, designated Claim No. 16 in the Claims Register in this case, is allowed in the amount of $3,164.76.

# # #

Date: September 7, 2018

_____
Barry Russell
United States Bankruptcy Judge

# EXHIBIT 1

Carol G. Unruh, Esq., #102929
LAW OFFICES OF CAROL G. UNRUH
3000 S. Robertson Blvd., Suite 215
Los Angeles, CA 90034
Tel (310) 842-9660, Fax (310) 842-9664
cgunruh@sbcglobal.net

Attorney for Creditor William B. Wright

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| SHORB DCE, LLC, | Case No. 2:17-bk-14240 BR |
| Debtor | STIPULATION BETWEEN CREDITOR WILLIAM B. WRIGHT AND CHAPTER 7 TRUSTEE RE PAYMENT OF ALLOWED CLAIMS |

### RECITALS

Whereas the above-captioned case was commenced by the filing of a Chapter 11 petition on April 6, 2017 and was converted to Chapter 7 on August 30, 2017; and

Whereas Creditor William B. Wright timely filed claims numbers 10, 11, 12, 13, 14, 15, and 16; and

Whereas the trustee has filed objections to those claims and Wright has filed oppositions to these objections; and

Whereas the parties wish to resolve the claims issues and avoid the time, costs, and uncertainty of further litigation; IT IS HEREBY STIPULATED:

## STIPULATION

Wright's claims will be allowed against the Estate at 50% of their requested amount, with the exceptions of claims 10, 11, and 13. The claims shall be paid as follows:

1. Claim numbers 10 and 13 shall be disallowed in their entirety.
2. Claim number 11 shall be paid in the agreed upon sum of $18,064.00.
3. Claim number 12 shall be paid in the sum of $7,603.75.
4. Claim number 14 shall be paid in the sum of $1,826.29
5. Claim number 15 shall be paid in the sum of $6,037.50
6. Claim number 16 shall be paid in the sum of $3,164.76
7. The total sum to be paid pursuant to the above claims is $36,696.30.

This stipulation shall not in any way be construed to be an agreement or determination of any rights Wright may have under applicable state law regarding any claims, and by stipulating to the terms of this agreement, Wright does not waive any such rights. This stipulation shall be subject to the approval of the Bankruptcy Court

Date: _____

_____
Steven F. Werth, Esq.
SulmeyerKupetz
Attorneys for Trustee John J. Menchaca

Date: 7-19-18

_____
Carol G. Unruh, Esq.
Law Offices of Carol G. Unruh
Attorney for Creditor William B. Wright