| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Thomas B. Ure, State Bar. No. 170492<br>Ure Law Firm<br>800 West 6th Street, Suite 940<br>Los Angeles, California 90017<br>TEL: 213-202-6070; FAX: 213-202-6075<br><br>*Attorney for Creditor: Curt Wang* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 12 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** fortier    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>SHORB DCE, LLC,<br><br><br><br><br><br><br><br><br><br>Debtor. | CASE NO.: **2:17-bk-14240-BR**<br>CHAPTER 7<br><br>**ORDER GRANTING MOTION OF CREDITOR AND INTERESTED PARTY CURT WANG FOR RELIEF FROM JUDGMENT GRANTING DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF SURPLUS FUNDS, PURSUANT TO FRCP 60(b) AND FRBP 9024**<br><br>HEARING:<br>DATE:    August 1, 2018<br>TIME:    2:00 p.m.<br>PLACE:  255 E. Temple Street<br>         Courtroom 1668<br>         Los Angeles, CA 90012 |
|---|---|

A hearing was held on the Motion Of Creditor And Interested Party Curt Wang For Relief From Judgment Granting Debtor's Emergency Motion For Order Authorizing Disbursement Of Surplus Funds, Pursuant To FRCP 60(b) And FRBP 9024 [Docket No. 206] filed by Creditor and Interested Party Curt Wang.  The hearing was held on August 1, 2018 before the Honorable Barry Russell, United States Bankruptcy Judge, #3.00 on calendar.

Thomas B. Ure appeared on behalf of Creditor Curt Wang.

Leslie Cohen appeared on behalf Debtor Shorb DCE, LLC

Stephen Forde appeared on behalf of himself.

Carol G. Unruh appeared on behalf of Creditor William B. Wright

Upon consideration of the various pleadings related to the motion and for the reasons stated on the record and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Motion is granted and the Order Granting Debtor's Emergency Motion for Order Authorizing Disbursement of Surplus Funds (Docket 190) is hereby vacated.

2. The funds disbursed pursuant to the Order shall be returned by Stephen Forde and Bruce Menke no later than September 12, 2018.

###

Date: September 12, 2018

Barry Russell
United States Bankruptcy Judge