| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Thomas B. Ure, State Bar. No. 170492<br>Ure Law Firm<br>800 West 6th Street, Suite 940<br>Los Angeles, California 90017<br>TEL: 213-202-6070; FAX: 213-202-6075<br><br>*Attorney for Creditor: Curt Wang* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 12 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** fortier    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>SHORB DCE, LLC,<br><br><br><br><br><br><br><br>Debtor. | CASE NO.: **2:17-bk-14240-BR**<br>CHAPTER 7<br><br>**ORDER DENYING MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF SURPLUS FUNDS**<br><br>HEARING:<br>DATE:   September 5, 2018<br>TIME:    2:00 p.m.<br>PLACE:  255 E. Temple Street<br>              Courtroom 1668<br>              Los Angeles, CA 90012 |
|---|---|

A hearing was held on Debtor's Motion for Order Authorizing Disbursement of Surplus Funds (Docket 222). The hearing was held on September 5, 2018 before the Honorable Barry Russell, United States Bankruptcy Judge as #8.00 on calendar.

Thomas B. Ure appeared on behalf of Creditor Curt Wang.

Leslie Cohen appeared on behalf Debtor Shorb DCE, LLC

Stephen Forde appeared on behalf of himself.

Carol G. Unruh appeared on behalf of Creditor William B. Wright

Upon consideration of Debtor's Motion For Order Authorizing Disbursement Of Surplus Funds, the declarations and evidence submitted in connection therewith, the various Oppositions filed and Debtor's Replies and for the reasons stated on the record and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The motion is denied.

###

Date: September 12, 2018

Barry Russell
United States Bankruptcy Judge