**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

| | | |
|---|---|---|
| In re: SHORB DCE, LLC | § | Case No. 2:17-bk-14240-BR |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

John J. Menchaca, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:   $107.24<br>*(without deducting any secured claims)* | Assets Exempt:  N/A |
| Total Distributions to Claimants:   $1,721,827.42 | Claims Discharged<br>Without Payment:  N/A |
| Total Expenses of Administration:   $292,629.66 | |

3) Total gross receipts of $2,482,965.59 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $468,508.51 (see **Exhibit 2**), yielded net receipts of $2,014,457.08 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,224,774.00 | $1,579,701.45 | $1,651,902.90 | $1,651,902.90 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $265,513.31 | $265,521.66 | $265,521.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $27,108.00 | $27,108.00 | $27,108.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $2,030.79 | $8,400.00 | $8,400.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,000.00 | $650,026.57 | $61,524.52 | $61,524.52 |
| **TOTAL DISBURSEMENTS** | $1,226,774.00 | $2,524,380.12 | $2,014,457.08 | $2,014,457.08 |

4) This case was originally filed under chapter 11 on 04/06/2017, and it was converted to chapter 7 on 08/30/2017.  The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    12/14/2019                    By: /s/ John J. Menchaca
                                               Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| D-I-P ACCCOUNT | 1290-010 | $22.42 |
| RENTS COLLECTED | 1222-000 | $32,240.00 |
| RESIDENCE, BUILDING, LAND | 1110-000 | $2,450,703.17 |
| **TOTAL GROSS RECEIPTS** | | **$2,482,965.59** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Bankruptcy Estate of David C. Kwok | [Doc #304] Per O.E. 11/08/2019 - Distribution payment - Dividend paid at 100.00% of $468,508.51; Claim # SURPLUS; Filed: $0.00 | 8200-002 | $468,508.51 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$468,508.51** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A & A ESCROW SERVICES INC | 4110-000 | NA | $13,794.00 | $13,794.00 | $13,794.00 |
| | Bruce Menke Court Trust Account | 4120-000 | NA | $36,296.85 | $36,296.85 | $36,296.85 |
| | LAWYERS TITLE COMPANY | 4110-000 | NA | $140.36 | $140.36 | $140.36 |
| | Los Angeles County Sheriff | 4120-000 | NA | $230,346.65 | $230,346.65 | $230,346.65 |
| 1 | East West Bank | 4110-000 | $1,102,384.00 | $1,102,834.03 | $1,172,081.58 | $1,172,081.58 |
| 3 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | 4110-000 | $40,790.00 | $35,279.50 | $36,933.32 | $36,933.32 |
| 6S | Curt Wang | 4110-000 | $60,000.00 | $60,000.00 | $72,480.00 | $72,480.00 |
| 8 | The Wright Trust dated 11/19/1984 Carol G Unruh | 4120-000 | NA | $13,053.00 | $47,180.14 | $47,180.14 |
| 9 | William B Wright Carol G Unruh | 4120-000 | $10,800.00 | $45,307.06 | $0.00 | $0.00 |
| 21 | Carol G Unruh | 4120-000 | NA | $42,650.00 | $42,650.00 | $42,650.00 |
| N/F | William Wright | 4110-000 | $10,800.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,224,774.00** | **$1,579,701.45** | **$1,651,902.90** | **$1,651,902.90** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John J. Menchaca | 2100-000 | NA | $83,403.87 | $83,403.87 | $83,403.87 |
| Trustee, Expenses - JOHN J. MENCHACA, TRUSTEE | 2200-000 | NA | $557.80 | $557.80 | $557.80 |
| Attorney for Trustee Fees - SULMEYER KUPETZ A PROFESSIONAL CORPORATION | 3110-000 | NA | $1,277.15 | $1,277.15 | $1,277.15 |
| Accountant for Trustee, Fees - MENCHACA & COMPANY LLP | 3310-000 | NA | $39,704.50 | $39,704.50 | $39,704.50 |
| Accountant for Trustee, Expenses - MENCHACA & COMPANY LLP | 3320-000 | NA | $70.40 | $70.40 | $70.40 |
| Fees, United States Trustee | 2950-000 | NA | $650.00 | $650.00 | $650.00 |
| Bond Payments - BOND | 2300-000 | NA | $1,034.66 | $1,034.66 | $1,034.66 |
| Costs re Sale of Property - A & A Escrow Services, Inc | 2500-000 | NA | $3,113.77 | $3,113.77 | $3,113.77 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $14,054.20 | $14,054.20 | $14,054.20 |
| Chapter 7 Operating Case Expenses - CITY OF ALHAMBRA | 2690-000 | NA | $3,597.41 | $3,597.41 | $3,597.41 |
| Chapter 7 Operating Case Expenses - SO CAL GAS | 2690-000 | NA | $281.39 | $281.39 | $281.39 |
| Chapter 7 Operating Case Expenses - SOUTHERN CALIFORIA EDISION | 2690-000 | NA | $29.90 | $29.90 | $29.90 |
| Chapter 7 Operating Case Expenses - SOUTHERN CALIFORNIA EDISION | 2690-000 | NA | $68.68 | $68.68 | $68.68 |
| Chapter 7 Operating Case Expenses - SOUTHERN CALIFORNIA EDISON | 2690-000 | NA | $358.26 | $358.26 | $358.26 |
| Chapter 7 Operating Case Expenses - SOUTHERN CALIFORNIA EDISON | 2690-000 | NA | $50.64 | $50.64 | $50.64 |
| Chapter 7 Operating Case Expenses - TRAVELERS | 2690-000 | NA | $1,757.20 | $1,757.20 | $1,757.20 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2820-000 | NA | $1,787.57 | $1,796.00 | $1,796.00 |
| Other Chapter 7 Administrative Expenses - A & A ESCROW SERVICES INC | 2990-000 | NA | $13,773.33 | $13,773.33 | $13,773.33 |
| Attorney for Trustee Fees (Other Firm) - SULMEYER KUPETZ A PROFESSIONAL CORPORATION | 3210-000 | NA | $99,942.58 | $99,942.50 | $99,942.50 |

| | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | **NA** | **$265,513.31** | **$265,521.66** | **$265,521.66** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm)  - TANG & ASSOCIATES | 6210-000 | NA | $27,108.00 | $27,108.00 | $27,108.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$27,108.00** | **$27,108.00** | **$27,108.00** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | FRANCHISE TAX BOARD | 5800-000 | NA | $2,030.79 | $8,400.00 | $8,400.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$2,030.79** | **$8,400.00** | **$8,400.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | 7100-000 | $2,000.00 | $11,080.00 | $11,080.00 | $11,080.00 |
| 2I | INTERNAL REVENUE SERVICE | 7990-000 | NA | NA | $302.66 | $302.66 |
| 4U | FRANCHISE TAX BOARD | 7100-000 | NA | $621.08 | $2,054.00 | $2,054.00 |
| 5 | Curt Wang | 7100-000 | $0.00 | $181,086.70 | $8,978.87 | $8,978.87 |
| 5I | Curt Wang | 7990-000 | NA | NA | $245.27 | $245.27 |
| 6U | Curt Wang | 7100-000 | NA | $10,200.00 | $0.00 | $0.00 |
| 10 | William B Wright Carol G Unruh | 7100-000 | NA | $5,834.40 | $0.00 | $0.00 |
| 11 | William B Wright as Trustee of the William Barber Wright Revocable Trust Carol G Unruh | 7100-000 | NA | $36,486.50 | $18,064.00 | $18,064.00 |
| 11I | William B Wright as Trustee of the William Barber Wright Revocable Trust Carol G Unruh | 7990-000 | NA | NA | $493.44 | $493.44 |
| 12 | William B Wright Carol G Unruh | 7100-000 | NA | $15,207.50 | $7,603.75 | $7,603.75 |
| 12I | William B Wright Carol G Unruh | 7990-000 | NA | NA | $207.71 | $207.71 |
| 13 | William B Wright Carol G Unruh | 7100-000 | NA | $5,205.90 | $0.00 | $0.00 |
| 14 | William B Wright Carol G Unruh | 7100-000 | NA | $3,652.57 | $1,826.29 | $1,826.29 |
| 14I | William B Wright Carol G Unruh | 7990-000 | NA | NA | $49.89 | $49.89 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | William B Wright Carol G Unruh | 7100-000 | NA | $12,075.00 | $6,037.50 | $6,037.50 |
| 15I | William B Wright Carol G Unruh | 7990-000 | NA | NA | $164.92 | $164.92 |
| 16 | William B Wright Carol G Unruh | 7100-000 | NA | $6,329.52 | $3,164.74 | $3,164.74 |
| 16I | William B Wright Carol G Unruh | 7990-000 | NA | NA | $86.45 | $86.45 |
| 17 | Stephen Forde | 7100-000 | NA | $54,167.03 | $0.00 | $0.00 |
| 18 | Stephen Forde | 7100-000 | NA | $242,780.54 | $0.00 | $0.00 |
| 19 | Stephen Forde | 7100-000 | NA | $65,299.83 | $0.00 | $0.00 |
| 21I | Carol G Unruh | 7990-000 | NA | NA | $1,165.03 | $1,165.03 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,000.00** | **$650,026.57** | **$61,524.52** | **$61,524.52** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:**    2:17-bk-14240-BR

**Case Name:**    SHORB DCE, LLC

**For Period Ending:**    12/14/2019

**Trustee Name:**    (007950) John J. Menchaca

**Date Filed (f) or Converted (c):**    08/30/2017 (c)

**§ 341(a) Meeting Date:**    10/02/2017

**Claims Bar Date:**    12/08/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE, BUILDING, LAND<br>910-912 W. Shorb Street, Alhambra, CA 91803 | 3,300,000.00 | 2,073,791.00 | | 2,450,703.17 | FA |
| 2 | RENTS COLLECTED  (u) | 0.00 | 32,240.00 | | 32,240.00 | FA |
| 3 | D-I-P ACCCOUNT (u) | 0.00 | 22.42 | | 22.42 | FA |
| 4 | DEPOSITS OF MONEY (u)<br>East West Bank - Checking 1502 | 107.24 | 0.00 | | 0.00 | FA |
| 4 | Assets Totals (Excluding unknown values) | **$3,300,107.24** | **$2,106,053.42** | | **$2,482,965.59** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

| | |
|---|---|
| **Case No.:**   2:17-bk-14240-BR | **Trustee Name:**   (007950) John J. Menchaca |
| **Case Name:**   SHORB DCE, LLC | **Date Filed (f) or Converted (c):**   08/30/2017 (c) |
| | **§ 341(a) Meeting Date:**   10/02/2017 |
| **For Period Ending:**   12/14/2019 | **Claims Bar Date:**   12/08/2017 |

**Major Activities Affecting Case Closing:**

Doc # 287  Per Order Entered  07/16/2019 - The Trustee is directed to distribute all of the surplus funds from this estate, directly to the bankruptcy estate of David C. Kwok, instead of to the debtor pursuant to 11 U.S.C. § 726(a).

REPORTING PERIOD APRIL 1, 2019 – MARCH 31, 2020

Chapter 7 Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals filed on behalf of Trustee John J. Menchaca. The United States Trustee has reviewed the Chapter 7 Trustee's Final Report. Filed by United States Trustee. (united states trustee (pg)) (Entered: 09/30/2019)

Notice of Trustee's Final Report and Applications for Compensation (BNC-PDF) Filed by United States Trustee (RE: related document(s)300). (united states trustee (pg)) (Entered: 09/30/2019)

rder of Distribution for Tang & Associates, Debtor's Attorney, Period: to , Fees awarded: $27108, Expenses awarded: $0; for JOHN J MENCHACA, Trustee, Period: to , Fees awarded: $83403.87, Expenses awarded: $557.80; for MENCHACA & COMPANY LLP CPA, Accountant, Period: to , Fees awarded: $39704.50, Expenses awarded: $70.40; for SulmeyerKupetz PC, Trustee's Attorney, Period: to , Fees awarded: $99942.50, Expenses awarded: $1277.15; Awarded on 11/8/2019 (BNC-PDF) Signed on 11/8/2019. (Toliver, Wanda) (Entered: 11/08/2019)

ESTATE'S TAX RETURN:

The estate's tax returns has been prepared and filed with the Internal Revenue Service and Franchise Tax Board

CLOSING:

Notice to professionals to file application for compensation With Proof of Service filed on July 24, 2019.

Request for court costs filed on July 24, 2019.

Notice to Pay Court Costs Due Sent To: John J Menchaca, Total Amount Due $0 . (Fortier, Stacey) (Entered: 07/24/2019)

REPORTING PERIOD APRIL 1, 2018 – MARCH 31, 2019

ESTATE'S TAX RETURN:

Trustee accountants are in the process of preparing tax returns.

CLOSING:

Trustee's anticipates filing the Final Report by 06/30/2019.

REPORTING PERIOD APRIL 1, 2017 - MARCH 31, 2018

The Debtor filed schedules in this case together with its voluntary petition, on April 6, 2017 The Schedules identify the Debtor's interest in the Property and value it at $2.6 million.  The Schedules do not identify any other assets.

Through the Trustee's investigation of the Property, his communications with bankruptcy counsel for the

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

| | | |
|---|---|---|
| **Case No.:** 2:17-bk-14240-BR | **Trustee Name:** (007950) John J. Menchaca | |
| **Case Name:** SHORB DCE, LLC | **Date Filed (f) or Converted (c):** 08/30/2017 (c) | |
| | **§ 341(a) Meeting Date:** 10/02/2017 | |
| **For Period Ending:** 12/14/2019 | **Claims Bar Date:** 12/08/2017 | |

Debtor, and his review of relevant documents including the Debtor's Monthly Operating Reports filed in this case, the Trustee has learned that the Property is an 11-unit apartment complex which is fully occupied, and that the Debtor rents the Property to tenants ("Tenants") and collects approximately $10,100 per month from them.  Pending the Sale, the Trustee is operating the Property, but seeks to conduct the Sale as soon as possible to minimize the amount of time that he must operate it.

Upon his appointment, the Debtor informed the Trustee that the Debtor had identified the Buyer as interested in acquiring the Property.  The Debtor and the Buyer had not entered into a purchase agreement, however. The Trustee prepared the Purchase Agreement and that agreement has now been approved by the Buyer as well as A&A Escrow Services, Inc. ("Escrow").  The Trustee is informed and believes that James Quan and Zhong Qiu Li have no connection to the Debtor other than their interest in acquiring the Property and their communications with the Debtor about acquiring the Property.

A Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) Chapter 7 Trustee's Motion for Order (1) Authorizing Sale of 910-912 West Shorb Street, Alhambra, California, Free and Clear of Liens, Claims, and Interests; (2) Approving Purchase and Sale Agreement; (3) Assuming and Assigning Executory Contracts and Leases Relating to the Property; (4) Determining that Buyers are Good Faith Purchasers; and (5) Waiving the Fourteen (14) Day Stay Prescribed by Rule 6004(h) of the Federal Rules of Bankruptcy Procedure; Memorandum of Points and Authorities; Declarations John J. Menchaca, Steven F. Werth, and James Quan in Support Thereof was filed with the Court on September 28, 2017.

An Order Granting Motion To Sell Property Free and Clear of Liens was entered on 11/13/2017.

PROFESSIONALS:

Order Granting Application to Employ SulmeyerKupetz PC as general bankruptcy counsel, entered on 10/11/2017

Order Granting Application to Employ Menchaca & Company LLP, entered on 12/20/2017

ESTATE'S TAX RETURN:

Accountants are in the process of preparing the estate's tax returns.

PROOF OF CLAIMS STATUS:

The Notification of Asset Case was filed with the Court on 09/04/2017. Proofs of Claims due by 12/08/2017. Government Proof of Claim due by 10/03/2017. Trustee has reviewed the claims filed against the estate and determined objections will be filed for certain claims.

**Initial Projected Date Of Final Report (TFR):** 09/30/2018          **Current Projected Date Of Final Report (TFR):**  09/19/2019 (Actual)

## Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:17-bk-14240-BR | |
| **Case Name:** | SHORB DCE, LLC | |
| **Taxpayer ID #:** | **-***6916 | |
| **For Period Ending:** | 12/14/2019 | |

| | |
|---|---|
| **Trustee Name:** | John J. Menchaca (007950) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******2400 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/05/17 | {2} | LIN NG AND MING NG | September 2017 Rent - 912 W. Shorb Street # B Alhambra, CA 91803 | 1222-000 | 900.00 | | 900.00 |
| 09/05/17 | {2} | NHI TRACH TRAN | September 2017 Rent - 910 W. Shorb Street # B Alhambra, CA 91803 | 1222-000 | 860.00 | | 1,760.00 |
| 09/05/17 | {2} | JENAY MORA | September 2017 Rent - 910 W. Shorb Street # A, Alhambra, CA 91803 | 1222-000 | 1,000.00 | | 2,760.00 |
| 09/05/17 | {2} | JENAY MORA | September 2017 Rent - 910 W. Shorb Street # A, Alhambra, CA 91803 | 1222-000 | 150.00 | | 2,910.00 |
| 09/05/17 | {2} | HUONG THI LY AND LONG THANH DINH | September 2017 Rent - 910 W. Shorb Street # H, Alhambra, CA 91803 | 1222-000 | 1,100.00 | | 4,010.00 |
| 09/05/17 | {2} | CHANG YI HUANG | September 2017 Rent - 910 W. Shorb Street # D, Alhambra, CA 91803 | 1222-000 | 1,350.00 | | 5,360.00 |
| 09/19/17 | {3} | CHINO COMMERCIAL BANK | Turnover of DIP Account | 1290-010 | 22.42 | | 5,382.42 |
| 09/28/17 | 101 | TRAVELERS | Account No. 5294N5197 | 2690-000 | | 436.80 | 4,945.62 |
| 09/28/17 | 102 | CITY OF ALHAMBRA | Acct 009758-000 | 2690-000 | | 1,555.89 | 3,389.73 |
| 09/28/17 | 103 | SOUTHERN CALIFORNIA EDISON | Customer Acct *-**-***-9314 Service Acct *-***-**94-90 | 2690-000 | | 27.10 | 3,362.63 |
| 09/28/17 | 104 | SOUTHERN CALIFORNIA EDISON | Customer Acct No. *-**-***-2819 Service Acct *-***-**01-47 | 2690-000 | | 50.64 | 3,311.99 |
| 09/28/17 | 105 | SOUTHERN CALIFORNIA EDISON | Customer Acct *-**-***-2234 Service Acct *-***-**42-03 | 2690-000 | | 57.67 | 3,254.32 |
| 09/28/17 | 106 | SOUTHERN CALIFORNIA EDISION | Customer Acct *-**-***-1941 Service Acct *-***-**91-02 | 2690-000 | | 17.19 | 3,237.13 |
| 09/28/17 | 107 | SO CAL GAS | Acct No. ***-***-*3001 | 2690-000 | | 54.95 | 3,182.18 |
| 09/28/17 | 108 | SO CAL GAS | Acct No. ***-***-*398-1 | 2690-000 | | 20.66 | 3,161.52 |
| 09/28/17 | 109 | SO CAL GAS | Acct No. ***-***-*306-2 | 2690-000 | | 11.26 | 3,150.26 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,140.26 |
| 10/10/17 | {2} | JENAY MORA | October 2017 Rent - 910 W. Shorb Street # A, Alhambra, CA 91803 | 1222-000 | 1,000.00 | | 4,140.26 |
| 10/10/17 | {2} | JENAY MORA | October 2017 Rent - 910 W. Shorb Street # A, Alhambra, CA 91803 | 1222-000 | 150.00 | | 4,290.26 |
| 10/10/17 | {2} | NHI THACH TRAN | October 2017 Rent - 910 W. Shorb Street # B, Alhambra, CA 91803 | 1222-000 | 860.00 | | 5,150.26 |
| 10/10/17 | {2} | CHANG YI HUANG | October 2017 Rent - 910 W. Shorb Street # D, Alhambra, CA 91803 | 1222-000 | 1,350.00 | | 6,500.26 |
| 10/10/17 | {2} | PAUL CLAY AND GLORIA ISAAC - NAW SAR HAY (RESIDENT) | October 2017 Rent - 910 W. Shorb Street # E, Alhambra, CA 91803 | 1222-000 | 1,500.00 | | 8,000.26 |
| 10/10/17 | {2} | YOICHI FUJIYA AND MASAKO FUJIYA | October 2017 Rent - 910 W. Shorb Street # G, Alhambra, CA 91803 | 1222-000 | 1,100.00 | | 9,100.26 |
| 10/10/17 | {2} | HUONG THI LY AND LONG THANH DINH | October 2017 Rent - 910 W. Shorb Street # H, Alhambra, CA 91803 | 1222-000 | 1,100.00 | | 10,200.26 |
| 10/10/17 | {2} | LIN NG AND MING NG | October 2017 Rent - 912 W. Shorb Street # B, Alhambra, CA 91803 | 1222-000 | 900.00 | | 11,100.26 |
| 10/19/17 | {2} | YUE YIN | October 2017 Rent - 912 W. Shorb Street # C, Alhambra, CA 91803 | 1222-000 | 1,000.00 | | 12,100.26 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.31 | 12,085.95 |

Page Subtotals: **$14,342.42**     **$2,256.47**

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

## Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 2:17-bk-14240-BR | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | SHORB DCE, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6916 | Account #: | ******2400 Checking |
| For Period Ending: | 12/14/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/17/17 | {2} | NAW SAR HAY AND SAW LAY TAW | November 2017 Rent - 910 W. Shorb Street #E, Alhambra, CA 91803 | 1222-000 | 1,500.00 | | 13,585.95 |
| 11/17/17 | {2} | JENAY MORA | November 2017 Rent - 910 W. Shorb Street # A, Alhambra, CA 91803 | 1222-000 | 150.00 | | 13,735.95 |
| 11/17/17 | {2} | JENAY MORA | November 2017 Rent - 910 W. Shorb Street # A, Alhambra, CA 91803 | 1222-000 | 1,000.00 | | 14,735.95 |
| 11/17/17 | {2} | YOICHI FUJIYA AND MASAKO FUJIYA | November 2017 Rent - 910 W. Shorb Street # G, Alhambra, CA 91803 | 1222-000 | 1,100.00 | | 15,835.95 |
| 11/17/17 | {2} | NHI THACH TRAN | November 2017 Rent - 910 W. Shorb Street # B, Alhambra, CA 91803 | 1222-000 | 860.00 | | 16,695.95 |
| 11/17/17 | {2} | HUONG THI LY AND LONG THANH DINH | November 2017 Rent - 910 W. Shorb Street # H, Alhambra, CA 91803 | 1222-000 | 1,100.00 | | 17,795.95 |
| 11/17/17 | {2} | YUE YIN | November 2017 Rent - 912 W. Shorb Street # C, Alhambra, CA 91803 | 1222-000 | 1,000.00 | | 18,795.95 |
| 11/17/17 | {2} | LIN NG AND MING NG | November 2017 Rent - 910 W. Shorb Street # B, Alhambra, CA 91803 | 1222-000 | 900.00 | | 19,695.95 |
| 11/21/17 | {2} | CHANG YI HUANG | November 2017 Rent - 910 W. Shorb Street # D, Alhambra, CA 91803 | 1222-000 | 1,350.00 | | 21,045.95 |
| 11/21/17 | 110 | CITY OF ALHAMBRA | Account No. 036127-000 - Per Order Entered 10/10/2017 | 2690-000 | | 589.39 | 20,456.56 |
| 11/21/17 | 111 | SO CAL GAS | Account No. 022 317 53001 - Per Order Entered 10/10/2017 | 2690-000 | | 32.18 | 20,424.38 |
| 11/21/17 | 112 | SO CAL GAS | Account No. 024 417 5398 1 - Per Order Entered 10/10/2017 | 2690-000 | | 8.88 | 20,415.50 |
| 11/21/17 | 113 | SO CAL GAS | Account No. 016 017 5306 2 - Per Order Entered 10/10/2017 | 2690-000 | | 6.06 | 20,409.44 |
| 11/21/17 | 114 | SOUTHERN CALIFORIA EDISION | Service Account No. *-***-**94-90 - Per Order Entered 10/10/2017 | 2690-000 | | 29.90 | 20,379.54 |
| 11/21/17 | 115 | SOUTHERN CALIFORNIA EDISION | Service Account No. *-***-**01-47 - Per Order Entered 10/10/2017 | 2690-000 | | 51.49 | 20,328.05 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.11 | 20,306.94 |
| 12/04/17 | {2} | YOICHI FUJIYA and MASAKO FUJIYA | November 2017 Rent - 910 W. Shorb Street # G, Alhambra, CA 91803 | 1222-000 | 1,100.00 | | 21,406.94 |
| 12/04/17 | {2} | LIN NG and MING NG | December 2017 Rent - 912 W. Shorb Street # B, Alhambra, CA 91803 | 1222-000 | 900.00 | | 22,306.94 |
| 12/06/17 | {2} | HUONG THI LY and LONG THANH DINH | December 2017 Rent - 910 W. Shorb Street # H, Alhambra, CA 91803 | 1222-000 | 1,100.00 | | 23,406.94 |
| 12/06/17 | {2} | NHI THACH TRAN | December 2017 Rent - 910 W. Shorb Street # B, Alhambra, CA 91803 | 1222-000 | 860.00 | | 24,266.94 |
| 12/06/17 | {2} | YUE YIN | December 2017 Rent - 912 W. Shorb Street # C, Alhambra, CA 91803 | 1222-000 | 1,000.00 | | 25,266.94 |
| 12/06/17 | {2} | JENAY MORA | December 2017 Rent - 910 W. Shorb Street # A, Alhambra, CA 91803 | 1222-000 | 500.00 | | 25,766.94 |

Page Subtotals: **$14,420.00**  **$739.01**

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

## Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 2:17-bk-14240-BR | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | SHORB DCE, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6916 | Account #: | ******2400 Checking |
| For Period Ending: | 12/14/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/06/17 | {2} | JENAY MORA | December 2017 Rent - 910 W. Shorb Street # A, Alhambra, CA 91803 | 1222-000 | 650.00 | | 26,416.94 |
| 12/08/17 | {2} | CHANG YI HUANG | December 2017 Rent - 910 W. Shorb Street # D, Alhambra, CA 91 | 1222-000 | 1,350.00 | | 27,766.94 |
| 12/11/17 | | A & A ESCROW SERVICES INC | Per Order Entered 11/13/2017 | | 1,091,347.03 | | 1,119,113.97 |
| | {1} | A &A Escrow | Total Consideration $2,450,000.00 | 1110-000 | | | |
| | {1} | | Prorations/Adjustments $703.17 | 1110-000 | | | |
| | | East West Bank | Payoff Charges -$1,172,081.58 | 4110-000 | | | |
| | | The Wright Trust dated 11/19/1984 Carol G Unruh | Payoff Charges -$47,180.14 | 4120-000 | | | |
| | | Curt Wang | Payoff Charges -$72,480.00 | 4110-000 | | | |
| | | | Payoff Charges -$13,794.00 | 4110-000 | | | |
| | | | Rent Prorations -$13,773.33 | 2990-000 | | | |
| | | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | Title/Taxes/Recording Charges -$36,933.32 | 4110-000 | | | |
| | | A & A Escrow Services, Inc | Escrow Charges -$3,113.77 | 2500-000 | | | |
| 12/13/17 | {2} | NAW SAR HAY and SAW LAY TAW | December 2017 Rent - 910 W. Shorb Street # D, Alhambra, CA 91803 | 1222-000 | 1,500.00 | | 1,120,613.97 |
| 12/19/17 | 116 | LAWYERS TITLE COMPANY | Late fee for the East West Bank payoff -Order# 117082431 / Shorb | 4110-000 | | 140.36 | 1,120,473.61 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 926.61 | 1,119,547.00 |
| 01/30/18 | 117 | SO CAL GAS | Account No. ***-****3001 - Per Order Entered 10/10/2017 | 2690-000 | | 111.25 | 1,119,435.75 |
| 01/30/18 | 118 | SO CAL GAS | Account No 024 417 5398 1 -Per Order Entered 10/10/2017 | 2690-000 | | 23.43 | 1,119,412.32 |
| 01/30/18 | 119 | SO CAL GAS | Account No. 016 017 5306 2 - Per Order Entered 10/10/2017 | 2690-000 | | 12.72 | 1,119,399.60 |
| 01/30/18 | 120 | SOUTHERN CALIFORNIA EDISON | Account No. *-***-**94-90 - Per Order Entered 10/10/2017 | 2690-000 | | 52.21 | 1,119,347.39 |
| 01/30/18 | 121 | SOUTHERN CALIFORNIA EDISON | Account No. *-***-**01-47 Per Order Entered 10/10/2017 | 2690-000 | | 83.59 | 1,119,263.80 |
| 01/30/18 | 122 | SOUTHERN CALIFORNIA EDISON | Account No. *-***-**42-03 Per Order Entered 10/10/2017 | 2690-000 | | 120.53 | 1,119,143.27 |
| 01/30/18 | 123 | SOUTHERN CALIFORNIA EDISON | Account No. *-***-**91-02 Per Order Entered 10/10/2017 | 2690-000 | | 17.16 | 1,119,126.11 |
| 01/30/18 | 124 | CITY OF ALHAMBRA | Account No. 036127-000- Per Order Entered 10/10/2017 | 2690-000 | | 1,452.13 | 1,117,673.98 |

Page Subtotals:    $1,094,847.03    $2,939.99

## Form 2

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 2:17-bk-14240-BR | | | **Trustee Name:** | John J. Menchaca (007950) | |
| **Case Name:** | SHORB DCE, LLC | | | **Bank Name:** | Mechanics Bank | |
| **Taxpayer ID #:** | **-***6916 | | | **Account #:** | ******2400 Checking | |
| **For Period Ending:** | 12/14/2019 | | | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,771.33 | 1,115,902.65 |
| 02/02/18 | 125 | TRAVELERS | Account No. 5294N5197 - Per Order Entered 10/10/2017 | 2690-000 | | 1,320.40 | 1,114,582.25 |
| 02/07/18 | 126 | INTERNATIONAL SURETIES | Bond # 016030867 Term 01/04/18-01/04/19 | 2300-000 | | 417.57 | 1,114,164.68 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,496.97 | 1,112,667.71 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,600.41 | 1,111,067.30 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,544.83 | 1,109,522.47 |
| 05/16/18 | | Los Angeles County Sheriff | [Doc # 273] Per O.E. 5/10/2019 - Order Granting Motion for relief from judgment granting debtor's emergency motion for order authorizing disbursement of surplus funds | 4120-000 | | 230,346.65 | 879,175.82 |
| 05/16/18 | | Bruce Menke Court Trust Account | [Doc # 274] Per O.E. 5/10/2019 - Order Granting Motion for relief from judgment granting debtor's emergency motion for order authorizing disbursement of surplus funds | 4120-000 | | 36,296.85 | 842,878.97 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,563.85 | 841,315.12 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,169.77 | 840,145.35 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,288.98 | 838,856.37 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,246.79 | 837,609.58 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 642.54 | 836,967.04 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 756.70 | 836,210.34 |
| 02/06/19 | 127 | INTERNATIONAL SURETIES | Bond #016030867 Term 01/04/2019-01/04/20 | 2300-000 | | 617.09 | 835,593.25 |
| 08/15/19 | 128 | FRANCHISE TAX BOARD | Debtor's Federal ID Number (XXXXX) 2015 Form 568 | | | 1,136.00 | 834,457.25 |
| | | FRANCHISE TAX BOARD | [Doc #297] - Per O.E. 09/10/2019 $800.00 | 5800-000 | | | |
| | | FRANCHISE TAX BOARD | [Doc #297] - Per O.E. 09/10/2019 $336.00 | 7100-000 | | | |
| 08/15/19 | 129 | FRANCHISE TAX BORAD | Debtor's Federal ID Number (XXXXX) 2016 Form 568 | | | 864.00 | 833,593.25 |
| | | FRANCHISE TAX BOARD | [Doc #297] - Per O.E. 09/10/2019 $800.00 | 5800-000 | | | |
| | | FRANCHISE TAX BOARD | [Doc #297] - Per O.E. 09/10/2019 $64.00 | 7100-000 | | | |
| 08/15/19 | 130 | FRANCHISE TAX BOARD | Debtor's Federal ID Number (XXXXX) 2017 Form 568 | | | 8,454.00 | 825,139.25 |

Page Subtotals: $0.00    $292,534.73

## Form 2

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:17-bk-14240-BR | |
| **Case Name:** | SHORB DCE, LLC | |
| **Taxpayer ID #:** | **-***6916 | |
| **For Period Ending:** | 12/14/2019 | |

| | |
|---|---|
| **Trustee Name:** | John J. Menchaca (007950) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******2400 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | FRANCHISE TAX BOARD | [Doc #297] - Per O.E. 09/10/2019 | 5800-000 | | | |
| | | | $6,800.00 | | | | |
| | | FRANCHISE TAX BOARD | [Doc #297] - Per O.E. 09/10/2019 | 7100-000 | | | |
| | | | $1,654.00 | | | | |
| 08/16/19 | 131 | FRANCHISE TAX BOARD | Debtor's Federal ID Number (XXXXX) 2018 Form 568 | 2820-000 | | 996.00 | 824,143.25 |
| 08/16/19 | 132 | FRANCHISE TAX BOARD | Debtor's Federal ID Number (XXXXX) 2019 Form 568 | 2820-000 | | 800.00 | 823,343.25 |
| 08/21/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******1312 | Transition Debit to Metropolitan Commercial Bank acct 3910081312 | 9999-000 | | 823,343.25 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **1,123,609.45** | **1,123,609.45** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 823,343.25 | |
| **Subtotal** | **1,123,609.45** | **300,266.20** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,123,609.45** | **$300,266.20** | |

## Form 2

Exhibit 9

Page: 6

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 2:17-bk-14240-BR | | **Trustee Name:** | John J. Menchaca (007950) | | |
| **Case Name:** | SHORB DCE, LLC | | **Bank Name:** | Metropolitan Commercial Bank | | |
| **Taxpayer ID #:** | **-***6916 | | **Account #:** | ******1312 Checking Account | | |
| **For Period Ending:** | 12/14/2019 | | **Blanket Bond (per case limit):** | $5,000,000.00 | | |
| | | | **Separate Bond (if applicable):** | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/21/19 | | Transfer Credit from Rabobank, N.A. acct ******2400 | Transition Credit from Rabobank, N.A. acct 5019752400 | 9999-000 | 823,343.25 | | 823,343.25 |
| 11/11/19 | 1000 | Carol G Unruh | Combined dividend payments for Claim #21, 21I | | | 43,815.03 | 779,528.22 |
| | | Carol G Unruh | Claims Distribution - Mon, 11-11-2019        $42,650.00 | 4120-000 | | | |
| | | Carol G Unruh | Claims Distribution - Mon, 11-11-2019        $1,165.03 | 7990-000 | | | |
| 11/11/19 | 1001 | John J. Menchaca | [Doc #304] Per O.E. 11/08/2019 - Distribution payment - Dividend paid at 100.00% of $83,403.87; Claim # FEE; Filed: $83,692.37 | 2100-000 | | 83,403.87 | 696,124.35 |
| 11/11/19 | 1002 | SULMEYER KUPETZ A PROFESSIONAL CORPORATION | [Doc #304] Per O.E. 11/08/2019 - Distribution payment - Dividend paid at 100.00% of $99,942.50; Claim # ; Filed: $99,942.58 | 3210-000 | | 99,942.50 | 596,181.85 |
| 11/11/19 | 1003 | SULMEYER KUPETZ A PROFESSIONAL CORPORATION | [Doc #304] Per O.E. 11/08/2019 - Distribution payment - Dividend paid at 100.00% of $1,277.15; Claim # ; Filed: $1,277.15 | 3110-000 | | 1,277.15 | 594,904.70 |
| 11/11/19 | 1004 | MENCHACA & COMPANY LLP | [Doc #304] Per O.E. 11/08/2019 - Distribution payment - Dividend paid at 100.00% of $39,704.50; Claim # ; Filed: $39,704.50 | 3310-000 | | 39,704.50 | 555,200.20 |
| 11/11/19 | 1005 | JOHN J. MENCHACA, TRUSTEE | [Doc #304] Per O.E. 11/08/2019 - Distribution payment - Dividend paid at 100.00% of $557.80; Claim # ; Filed: $557.80 | 2200-000 | | 557.80 | 554,642.40 |
| 11/11/19 | 1006 | MENCHACA & COMPANY LLP | [Doc #304] Per O.E. 11/08/2019 - Distribution payment - Dividend paid at 100.00% of $70.40; Claim # ; Filed: $70.40 | 3320-000 | | 70.40 | 554,572.00 |
| 11/11/19 | 1007 | United States Trustee (ADMINISTRATIVE) | [Doc #304] Per O.E. 11/08/2019 - Distribution payment - Dividend paid at 100.00% of $650.00; Claim # 7; Filed: $650.00 | 2950-000 | | 650.00 | 553,922.00 |
| 11/11/19 | 1008 | TANG & ASSOCIATES | [Doc #304] Per O.E. 11/08/2019 - Distribution payment - Dividend paid at 100.00% of $27,108.00; Claim # ; Filed: $27,108.00 | 6210-000 | | 27,108.00 | 526,814.00 |
| 11/11/19 | 1009 | INTERNAL REVENUE SERVICE | Combined dividend payments for Claim #2, 2I | | | 11,382.66 | 515,431.34 |
| | | INTERNAL REVENUE SERVICE | Claims Distribution - Mon, 11-11-2019        $11,080.00 | 7100-000 | | | |
| | | INTERNAL REVENUE SERVICE | Claims Distribution - Mon, 11-11-2019        $302.66 | 7990-000 | | | |
| 11/11/19 | 1010 | Curt Wang | Combined dividend payments for Claim #5, 5I | | | 9,224.14 | 506,207.20 |
| | | Curt Wang | Claims Distribution - Mon, 11-11-2019        $8,978.87 | 7100-000 | | | |

Page Subtotals:        **$823,343.25        $317,136.05**

## Form 2

Exhibit 9

Page: 7

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 2:17-bk-14240-BR | | **Trustee Name:** | | John J. Menchaca (007950) | |
| **Case Name:** | SHORB DCE, LLC | | **Bank Name:** | | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***6916 | | **Account #:** | | ******1312 Checking Account | |
| **For Period Ending:** | 12/14/2019 | | **Blanket Bond (per case limit):** | | $5,000,000.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Curt Wang | Claims Distribution - Mon, 11-11-2019<br><br>$245.27 | 7990-000 | | | |
| 11/11/19 | 1011 | William B Wright as Trustee of the William Barber Wright Revocable Trust Carol G Unruh | Combined dividend payments for Claim #11, 11I<br>Voided on 11/15/2019 | | | 18,557.44 | 487,649.76 |
| | | William B Wright as Trustee of the William Barber Wright Revocable Trust Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$18,064.00 | 7100-000 | | | |
| | | William B Wright as Trustee of the William Barber Wright Revocable Trust Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$493.44 | 7990-000 | | | |
| 11/11/19 | 1012 | William B Wright Carol G Unruh | Combined dividend payments for Claim #12, 12I, 14, 14I, 15, 15I, 16, 16I<br>Voided on 11/15/2019 | | | 19,141.25 | 468,508.51 |
| | | William B Wright Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$7,603.75 | 7100-000 | | | |
| | | William B Wright Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$207.71 | 7990-000 | | | |
| | | William B Wright Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$1,826.29 | 7100-000 | | | |
| | | William B Wright Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$49.89 | 7990-000 | | | |
| | | William B Wright Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$6,037.50 | 7100-000 | | | |
| | | William B Wright Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$164.92 | 7990-000 | | | |
| | | William B Wright Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$3,164.74 | 7100-000 | | | |
| | | William B Wright Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$86.45 | 7990-000 | | | |
| 11/11/19 | 1013 | Sam S. Leslie, Chapter 7 Trustee for the Bankruptcy Estate of David C. Kwok | [Doc #304] Per O.E. 11/08/2019 - Distribution payment - Dividend paid at 100.00% of $468,508.51; Claim # SURPLUS; Filed: $0.00<br>Voided on 11/15/2019 | 8200-002 | | 468,508.51 | 0.00 |
| 11/15/19 | 1011 | William B Wright as Trustee of the William Barber Wright Revocable Trust Carol G Unruh | Combined dividend payments for Claim #11, 11I<br>Voided: check issued on 11/11/2019 | | | -18,557.44 | 18,557.44 |
| | | William B Wright as Trustee of the William Barber Wright Revocable Trust Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$18,064.00 | 7100-000 | | | |

**Page Subtotals:**            $0.00        **$487,649.76**

## Form 2

Exhibit 9

Page: 8

## Cash Receipts And Disbursements Record

| Case No.: | 2:17-bk-14240-BR | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | SHORB DCE, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6916 | Account #: | ******1312 Checking Account |
| For Period Ending: | 12/14/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | William B Wright as Trustee of the William Barber Wright Revocable Trust Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$493.44 | 7990-000 | | | |
| 11/15/19 | 1012 | William B Wright Carol G Unruh | Combined dividend payments for Claim #12, 12I, 14, 14I, 15, 15I, 16, 16I<br>Voided: check issued on 11/11/2019 | | | -19,141.25 | 37,698.69 |
| | | William B Wright Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$7,603.75 | 7100-000 | | | |
| | | William B Wright Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$207.71 | 7990-000 | | | |
| | | William B Wright Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$1,826.29 | 7100-000 | | | |
| | | William B Wright Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$49.89 | 7990-000 | | | |
| | | William B Wright Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$6,037.50 | 7100-000 | | | |
| | | William B Wright Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$164.92 | 7990-000 | | | |
| | | William B Wright Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$3,164.74 | 7100-000 | | | |
| | | William B Wright Carol G Unruh | Claims Distribution - Mon, 11-11-2019<br><br>$86.45 | 7990-000 | | | |
| 11/15/19 | 1013 | Sam S. Leslie, Chapter 7 Trustee for the Bankruptcy Estate of David C. Kwok | [Doc #304] Per O.E. 11/08/2019 - Distribution payment - Dividend paid at 100.00% of $468,508.51; Claim # SURPLUS; Filed: $0.00<br>Voided: check issued on 11/11/2019 | 8200-002 | | -468,508.51 | 506,207.20 |
| 11/15/19 | 1014 | WILLIAM B. WRIGHT | Combined dividend payments for Claim #12, 12I, 14, 14I, 15, 15I, 16, 16I | | | 19,141.25 | 487,065.95 |
| | | William B Wright Carol G Unruh | Combined dividend payments for Claim #12, 12I, 14, 14I, 15, 15I, 16, 16I<br><br>$7,603.75 | 7100-000 | | | |
| | | William B Wright Carol G Unruh | Combined dividend payments for Claim #12, 12I, 14, 14I, 15, 15I, 16, 16I<br><br>$207.71 | 7990-000 | | | |
| | | William B Wright Carol G Unruh | Combined dividend payments for Claim #12, 12I, 14, 14I, 15, 15I, 16, 16I<br><br>$1,826.29 | 7100-000 | | | |

Page Subtotals:                         $0.00        -$468,508.51

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 9

| | | |
|---|---|---|
| **Case No.:** | 2:17-bk-14240-BR | |
| **Case Name:** | SHORB DCE, LLC | |
| **Taxpayer ID #:** | **-***6916 | |
| **For Period Ending:** | 12/14/2019 | |

| | |
|---|---|
| **Trustee Name:** | John J. Menchaca (007950) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******1312 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | William B Wright Carol G Unruh | Combined dividend payments for Claim #12, 12I, 14, 14I, 15, 15I, 16, 16I $49.89 | 7990-000 | | | |
| | | William B Wright Carol G Unruh | Combined dividend payments for Claim #12, 12I, 14, 14I, 15, 15I, 16, 16I $6,037.50 | 7100-000 | | | |
| | | William B Wright Carol G Unruh | Combined dividend payments for Claim #12, 12I, 14, 14I, 15, 15I, 16, 16I $164.92 | 7990-000 | | | |
| | | William B Wright Carol G Unruh | Combined dividend payments for Claim #12, 12I, 14, 14I, 15, 15I, 16, 16I $3,164.74 | 7100-000 | | | |
| | | William B Wright Carol G Unruh | Combined dividend payments for Claim #12, 12I, 14, 14I, 15, 15I, 16, 16I $86.45 | 7990-000 | | | |
| 11/15/19 | 1015 | Bankruptcy Estate of David C. Kwok | [Doc #304] Per O.E. 11/08/2019 - Distribution payment - Dividend paid at 100.00% of $468,508.51; Claim # SURPLUS; Filed: $0.00 | 8200-002 | | 468,508.51 | 18,557.44 ! |
| 11/15/19 | 1016 | William B Wright as Trustee of the William Barber Wright Revocable Trust Carol G Unruh | Combined dividend payments for Claim #11, 11I Voided on 11/15/2019 | | | 18,557.44 | 0.00 |
| | | William B Wright as Trustee of the William Barber Wright Revocable Trust Carol G Unruh | Combined dividend payments for Claim #11, 11I $18,064.00 | 7100-000 | | | |
| | | William B Wright as Trustee of the William Barber Wright Revocable Trust Carol G Unruh | Combined dividend payments for Claim #11, 11I $493.44 | 7990-000 | | | |
| 11/15/19 | 1016 | William B Wright as Trustee of the William Barber Wright Revocable Trust Carol G Unruh | Combined dividend payments for Claim #11, 11I Voided: check issued on 11/15/2019 | | | -18,557.44 | 18,557.44 |
| | | William B Wright as Trustee of the William Barber Wright Revocable Trust Carol G Unruh | Combined dividend payments for Claim #11, 11I $18,064.00 | 7100-000 | | | |
| | | William B Wright as Trustee of the William Barber Wright Revocable Trust Carol G Unruh | Combined dividend payments for Claim #11, 11I $493.44 | 7990-000 | | | |
| 11/15/19 | 1017 | William B Wright as Trustee of the William Barber | Combined dividend payments for Claim #11, 11I | | | 18,557.44 | 0.00 |
| | | William B Wright as Trustee of the William Barber Wright Revocable Trust Carol G Unruh | Combined dividend payments for Claim #11, 11I $18,064.00 | 7100-000 | | | |
| | | William B Wright as Trustee of the William Barber Wright Revocable Trust Carol G Unruh | Combined dividend payments for Claim #11, 11I $493.44 | 7990-000 | | | |

Page Subtotals:    $0.00    $487,065.95

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

# Form 2

**Exhibit 9**

Page: 10

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:17-bk-14240-BR | |
| **Case Name:** | SHORB DCE, LLC | |
| **Taxpayer ID #:** | **-***6916 | |
| **For Period Ending:** | 12/14/2019 | |

| | |
|---|---|
| **Trustee Name:** | John J. Menchaca (007950) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******1312 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 823,343.25 | 823,343.25 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 823,343.25 | 0.00 | |
| | | **Subtotal** | | | **0.00** | **823,343.25** | |
| | | Less: Payments to Debtors | | | | 468,508.51 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$354,834.74** | |

## Form 2

Exhibit 9

Page:   11

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 2:17-bk-14240-BR | **Trustee Name:** | John J. Menchaca (007950) |
| **Case Name:** | SHORB DCE, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6916 | **Account #:** | ******1312 Checking Account |
| **For Period Ending:** | 12/14/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $1,123,609.45 |
| Plus Gross Adjustments: | $1,358,652.97 |
| Less Payments to Debtor: | $468,508.51 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $2,013,753.91 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2400 Checking | $1,123,609.45 | $300,266.20 | $0.00 |
| ******1312 Checking Account | $0.00 | $354,834.74 | $0.00 |
| | **$1,123,609.45** | **$655,100.94** | **$0.00** |